AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 APR 30  AM 9: 46

CLERK _____
SO. DIST. OF GA.

Teri Lynn Hinkle )
*Plaintiff/Petitioner* )
v. ) Civil Action No. **CV313 033**
Midland Funding LLC, MCM, Encore Capital Grp. )
*Defendant/Respondent* )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $ _____0.00____, and my take-home pay or wages are: $ _____0.00__ per

*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes   ☑ No
(b) Rent payments, interest, or dividends             ☐ Yes   ☑ No
(c) Pension, annuity, or life insurance payments      ☐ Yes   ☑ No
(d) Disability, or worker's compensation payments     ☐ Yes   ☑ No
(e) Gifts, or inheritances                            ☐ Yes   ☑ No
(f) Any other sources                                 ☑ Yes   ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Husbands Social Security is $1538.00 per month and his part time employment averages $250.00 per week before taxes. I have also received settlements for law suits last year totalling $12,250.00 and tax returns for 2012 totalled $2279.00

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 297.67 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
1995 Harley Motorcycle  4000.00
1995 Buick Le Sabre $1000.00
1986 Safari Van $500.00
2012 Khandi Scooter $900.00
Diamond Wedding Ring $300.00

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent $600.00 per month
Power $300.00 per month avg.
Dish Network $89.00 per month
AT&T $121.00 per month
Water and Trash $75 per month avg.
Storage Unit $40.00

Gasoline to commute to work avg. $140.00 per month (husband)
Groceries and necessaries $400.00 per month avg
Auto Insurance $948.00 paid $180.00 annually and $64.00 monthly

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NA

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

APPROX $213.00 registration and vehicle plates to be due in May

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: April 25, 2013

Applicant's signature

Teri L. Hinkle
Printed name