| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN | |
|---|---|---|
| PLAINTIFF<br>TERI LYNN HINKLE | COURT CASE NUMBER<br>CV313-033 | (1) |
| DEFENDANT<br>MIDLAND CREDIT MANAGEMENT INC., ET AL., | TYPE OF PROCESS<br>AMD CMP AND ORDER | |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  CORPORATION SERVICE COMPANY REGISTERED AGENT MIDLAND FUNDING LLC
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  40 TECHNOLOGY PKWY SOUTH, SUITE 300, NORCROSS GA 30092

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

TERI LYNN HINKLE
322 BETHEL ST
EASTMAN GA 31023

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 3
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PRO-SE
IN-FORMA PAUPERIS

*may have to attempt personal service? costs*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Scott L. Poff, Clerk
TELEPHONE NUMBER: (706)849-4400
DATE: 7/9/13

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 2 | District of Origin No. 21 | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk: *Glenda Stapleton* | Date: 07/31/13 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
*however - cert. mail was signed for on 8/2/13.*

Date: 9/25/13
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: *Glenda Stapleton*

| Service Fee: 8 | Total Mileage Charges including endeavors: | Forwarding Fee: | Total Charges: 8 | Advance Deposits: | Amount owed to U.S. Marshal or (Amount of Refund): 8 |

REMARKS: waiver midl: 7010 2780 0002 4431 3576

*[Handwritten margin notes on left side:]* per corporation serving co. - they forward legal mail to - notably to give out address of their client
*[Handwritten margin notes on bottom left:]* Per Donna @ corporation serving - it was addressed to their client (last name)

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    midland Funding LLC
    40 technology Pkwy S
    Suite 300
    Norcross, GA 30092

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  mDarell
C. Date of Delivery  AUG 2013

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7010 2780 0002 4431 3576

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540