USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>TERI LYNN HINKLE | COURT CASE NUMBER<br>CV313-033 (2) |
|---|---|
| DEFENDANT<br>MIDLAND CREDIT MANAGEMENT INC., ET AL., | TYPE OF PROCESS<br>AMD CMP AND ORDER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORPORATION SERVICE COMPANY REGISTERED AGENT FOR ENCORE CAPITAL GROUP INC.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2711 CENTERVILLE RD, SUITE 400, WILMINGTON DE 19808

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

TERI LYNN HINKLE
322 BETHEL ST
EASTMAN GA 31023

| | |
|---|---|
| Number of process to be served with this Form | 2 |
| Number of parties to served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

PRO-SE
IN-FORMA PAUPERIS

*May have to attempt personal service? costs?*

[Handwritten left margin: per Donna @ corporation service co. — they forward legal mail to client — it was addressed to — not able to give out address on her last name]

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(706)849-4400 | DATE<br>7/9/13 |
|---|---|---|---|
| Scott L. Poff, Clerk | | | |

[Stamps: FILED U.S. DISTRICT COURT SAVANNAH DIV. 2013 SEP 27 AM 10: — DIST. OF GA.; U.S. MARSHAL SAVANNAH GA RECEIVED 2013 JUL 31 AM 9:36]

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>2 | District of Origin<br>No. 21 | District to Serve<br>No. ___ | Signature of Authorized USMS Deputy or Clerk<br>Glenda Stapleton | Date<br>07/31/13 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)*<br>however cert. mail was signed for on 8/5/13. | Date<br>9/25/13 | Time<br>☐ am ☐ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy<br>Glenda Stapleton | |

| Service Fee<br>8.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges<br>8.00 | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*)<br>8.00 |
|---|---|---|---|---|---|

REMARKS: waiver mld: 7010 2780 0002 4431 3583
Cert mail signed for on 8-5-13  signature Illegible
May have to attempt personal service

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ENCORE capital group, INC
   2711 Centerville road, suite 400
   Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   x _William L_____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. ☐ Express Mail
   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7010 2780 0002 4431 3583

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540