USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:13-cv-00033-DHB-BKE Document 13 Filed 09/27/13 Page 1 of 3

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| TERI LYNN HINKLE | CV313-033 (1) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MIDLAND CREDIT MANAGEMENT INC. | COMPLAINT & ORDER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MIDLAND FUNDING LLC., REGISTERED AGENT CORP. SERVICE COMPANY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
40 TECHNOLOGY PKWY, S, SUITE 300 NORCROSS GA 30092

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

TERI LYNN HINKLE
322 BETHEL ST.
EASTMAN GA 31023

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PRO-SE
IN-FORMA PAUPERIS

*May have to attempt personal service? costs*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Scott L. Poff, Clerk
TELEPHONE NUMBER (706)849-4400
DATE 5/30/13

*[Left margin handwritten: per Alisha Smith said they forward legal mail to corporation Service Co. - can't give out address.]*

*[Stamps: 2013 SEP 27 AM 11:12 U.S. DISTRICT COURT SAVANNAH DIV; 2013 JUN -6 PM 12:07 U.S. MARSHAL SAVANNAH GA RECEIVED]*

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 21 | No. | Glenda Stapleton | 6/6/13 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

Address (complete only different than shown above)
*however, cert mail was signed for on 6/11/13*

| Date | Time | |
|---|---|---|
| 9/25/13 | | ☐ am ☐ pm |

Signature of U.S. Marshal or Deputy: Glenda Stapleton

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | 8.00 |

REMARKS:
Waiver mld: 7006 2760 0003 1592 6653
CM signed for but illegible on 6-11-13

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Midland Funding LLC., Registered Agent Corp<br>40 Technology PKWY, S, Suite 300<br>Norcross, GA 30092 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>☐ Mail   ☐ Express Mail<br>☐ ___   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0003 1592 6653 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States Marshals Service
125 Bull Street, Rm. 333
Savannah, GA 31401

CV313-033