UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

TERI LYNN HINKLE,

          Plaintiff,

Case No. 3:13-cv-00033-DHB-BKE

v.

MIDLAND CREDIT MANAGEMENT, INC.,
MIDLAND FUNDING, LLC, and ENCORE
CAPITAL GROUP, INC.,

          Defendants.

## DISCLOSURE STATEMENT
## S.D. Ga. L.R. 7.1.1

The undersigned, counsel of record for Defendants, Encore Capital Group, Inc., Midland Funding LLC, and Midland Credit Management, Inc., certifies that the following is a full and complete list of the parties in this action:

| | |
|---|---|
| Teri Lynn Hinkle | Plaintiff |
| Encore Capital Group, Inc. | Defendant |
| Midland Funding LLC | Defendant |
| Midland Credit Management, Inc. | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above identified parties (Encore Capital Group, Inc.):

| | |
|---|---|
| Kenneth A. Vecchione | Chief Executive Officer, President and Director |
| Paul J. Grinberg | Executive Vice President, Chief Financial Officer and Treasurer |
| Greg Call | Senior Vice President, General Counsel and |

1

|  |  |
|---|---|
|  | Secretary |
| George Lund | Executive Chairman and Director |
| Willem Mesdag | Director |
| J. Christopher Teets | Director |
| H. Ronald Weissman | Director |
| Francis Quinlan | Director |
| Norman R. Sorensen | Director |
| Kenneth A. Vecchione | Director |

Midland Funding LLC:

Midland Funding LLC is a privately held corporation and information concerning its officers, directors, and trustees is not public information and, therefore, this information is omitted so that it is not entered into the public record. Midland Funding LLC requests that it be permitted to provide this information to the Court *in camera* and to the other parties in this case subject to an agreed protective order that maintains its confidentiality.

Midland Credit Management, Inc.:

Midland Credit Management, Inc. is a privately held corporation and information concerning its officers, directors, and trustees is not public information and, therefore, this information is omitted so that it is not entered into the public record. Midland Credit Management, Inc. requests that it be permitted to provide this information to the Court *in camera* and to the other parties in this case subject to an agreed protective order that maintains its confidentiality.

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

Encore Capital Group, Inc.:

| | |
|---|---|
| Midland Credit Management, Inc. | Wholly-owned subsidiary |
| Midland Portfolio Services, Inc. | Wholly-owned subsidiary |
| Midland Funding LLC | Wholly-owned subsidiary |
| Midland Funding NCC-2 Corporation | Wholly-owned subsidiary |
| MRC Receivables Corporation | Wholly-owned subsidiary |

Midland Funding LLC:

| | |
|---|---|
| Encore Capital Group, Inc. | Parent, 100 percent owner |

Midland Credit Management, Inc.:

| | |
|---|---|
| Encore Capital Group, Inc. | Parent, 100 percent owner |

Dated:  October 1, 2013                    Respectfully submitted,


                                           KING & SPALDING LLP

                                           /s/  Tully T. Blalock

3

Tully T. Blalock
Georgia Bar No. 476098

1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:  (404) 572-4600
Fax:  (404) 572-5100
Email:  TBlalock@kslaw.com

**Attorneys for Defendants Encore Capital Group, Inc., Midland Funding LLC, Midland Credit Management, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that I presented the foregoing **DISCLOSURE STATEMENT S.D. Ga. L.R. 7.1.1** to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification to the following counsel of record:

Teri Lynn Hinkle
322 Bethel Street
Eastman, GA  31023

/s/  Tully T. Blalock
Tully T. Blalock
Georgia Bar No. 476098

1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:  (404) 572-4600
Fax:  (404) 572-5100
Email:  TBlalock@kslaw.com

**Attorneys for Encore Capital Group, Inc., Midland Funding LLC, and Midland Credit Management, Inc.**