UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 OCT -7  AM 10: 12

CLERK C. Adams
SO. DIST. OF GA.
```

Teri Lynn Hinkle )
    Plaintiff, )
)
) Case No 3:13-cv-00033
vs )
)
MIDLAND CREDIT )
MANAGEMENT INC. )
MIDLAND FUNDING LLC. )
ENCORE CAPITAL GROUP INC. )
    Defendants. )
)

## CERTIFICATE OF SERVICE

I hereby certify that I presented the foregoing copy of **Rule 26 Instruction Order**, issued by the Court October 1, 2013 to **Tully T. Blalock, King & Spalding**, Counsel for Defendants, **MIDLAND CREDIT MANAGEMENT, MIDLAND FUNDING LLC., AND ENCORE CAPITAL GROUP, INC.** on October 3, 2013 as per the Honorable Court's Instructions.

Sent to:

Tully T. Blalock

King & Spalding

1180 Peachtree Street, N.E.

Atlanta, Georgia 30309

*/s/ Teri Hinkle/*

Teri Lynn Hinkle

322 Bethel Street

Eastman, Georgia 31023

queensongbird@gmail.com

**Plaintiff, Case 3:13-cv-00033**

Hinkle
Baa Bethel St.
Eastman, GA
31023

Clerk of U.S. District Court
P.O. Box 1130
Augusta, Georgia
30903