UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2013 OCT 10 AM 9: 54
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| Teri Lynn Hinkle<br>    Plaintiff, | )<br>)<br>) |
| vs | ) Case No. 3:13-CV-00033<br>) |
| MIDLAND CREDIT MANAGEMENT INC.<br>MIDLAND FUNDING, LLC.<br>ENCORE CAPITAL GROUP INC.<br>    Defendants. | )<br>)<br>)<br>)<br>) |

## DISCLOSURE OF INTERESTED PARTIES

The undersigned, Plaintiff, Teri Lynn Hinkle, certifies that the following is a full and complete list of the parties in this action:

| | |
|---|---|
| Teri Lynn Hinkle | Plaintiff |
| Midland Credit Management Inc. | Defendant |
| Midland Funding LLC. | Defendant |
| Encore Capital Group Inc. | Defendant |

The undersigned further certifies that there are no other parties known to have a financial interest in, or another interest which could be substantially affected by, the outcome of this case.

Dated: October 7, 2013                      Respectfully submitted,

*[signature]*
Teri Lynn Hinkle (Plaintiff)
Eastman, Georgia 31023

Disclosures of Interested Persons, Case No. 3:13-cv-00033-DHB-BKE   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Teri Lynn Hinkle<br>   *Plaintiff,*<br><br>vs<br><br>MIDLAND CREDIT<br>MANAGEMENT INC.<br>MIDLAND FUNDING LLC.<br>ENCORE CAPITAL GROUP INC.<br>   *Defendants.* | Case No 3:13-cv-00033 |

## CERTIFICATE OF SERVICE

  I hereby certify that I presented the foregoing copies of **DISCLOSURE OF INTERESTED PARTIES, NOTICE OF NO/IMPROPER SERVICE BY DEFENDANTS** and **RULE 26 DISCLOSURES** to **Tully T. Blalock, King & Spalding**, Counsel for Defendants, **MIDLAND CREDIT MANAGEMENT, MIDLAND FUNDING LLC., AND ENCORE CAPITAL GROUP, INC.** on October 7, 2013.

Sent to:

Tully T. Blalock

King & Spalding

1180 Peachtree Street, N.E.

Atlanta, Georgia 30309

*[signature]*

Teri Lynn Hinkle

322 Bethel Street

Eastman, Georgia 31023

queensongbird@gmail.com

**Plaintiff, Case 3:13-cv-00033**

313 Bethal Street
Eastman, Georgia
31023

Clerk of District Court
P.O. Box 1130
Augusta, Georgia
30903



U.S. POSTAGE
PAID
EASTMAN, GA
OCT 10 '13
AMOUNT
$1.12
00030247-03