UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

**Teri Lynn Hinkle**
*Plaintiff,*

vs

**MIDLAND CREDIT MANAGEMENT INC.
MIDLAND FUNDING, LLC.
ENCORE CAPITAL GROUP INC.**
*Defendants.*

Case No. 3:13-CV-00033

## NOTICE TO THE COURT OF NO/IMPROPER SERVICE BY DEFENDANTS

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, the Plaintiff, Teri Lynn Hinkle, with this Notice of No/Improper Service by the Defendants and wishes to make the court aware that proper service of documents filed with the court is not being performed by the Defendants.

1. On October 1, 2013 Counsel for the Defendants filed an ANSWER AND DEFENSES OF DEFENDANTS (Dkt. # 14), with the court and failed to mail a true and correct copy to the Plaintiff of said filing. On the Certificate of Service that was annexed to the filing it stated: "I hereby certify that I presented the foregoing ANSWER AND DEFENSES OF DEFENDANTS MIDLAND CREDIT MANAGEMENT INC., MIDLAND FUNDING LLC, AND ENCORE CAPITAL GROUP INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT to the Clerk of the Court for filing and uploading to the

CM/ECF system, which will send notification to the following counsel of record: Teri Lynn Hinkle, 322 Bethel Street, Eastman, GA 31023."

2. On October 1, 2013 Counsel for the Defendants filed a DISCLOSURE STATEMENT, S.D. Ga. L.R. 7.1.1 (Dkt. #17), with the court and again failed to mail a true and correct copy to the Plaintiff of said filing. On the Certificate of Service that was annexed to the filing it stated: "I hereby certify that I presented the foregoing DISCLOSURE STATEMENT S.D. Ga. L.R. 7.1.1 to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification to the following counsel of record: Teri Lynn Hinkle, 311 Bethel Street, Eastman, GA 31023."

3. The Plaintiff is not represented by Counsel in this cause of action and therefore has no access to the CM/ECF system to receive electronic service of any filings and should be served by another means such as USPS mail.

WHEREFORE, the Plaintiff requests that the court notify Counsel for the Defendant of this error so Plaintiff is timely served with all future filings by the Defendant according to Fed. R. Civ. P.

Respectfully Submitted,

*Teri Lynn Hinkle*
Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
478-374-4132

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**DUBLIN DIVISION**

| | |
|---|---|
| Teri Lynn Hinkle )<br>    *Plaintiff,* )<br> )<br>vs )<br> )<br>MIDLAND CREDIT )<br>MANAGEMENT INC. )<br>MIDLAND FUNDING LLC. )<br>ENCORE CAPITAL GROUP INC. )<br>    *Defendants.* )<br> ) | Case No 3:13-cv-00033 |

**CERTIFICATE OF SERVICE**

I hereby certify that I presented the foregoing copies of **DISCLOSURE OF INTERESTED PARTIES, NOTICE OF NO/IMPROPER SERVICE BY DEFENDANTS** and **RULE 26 DISCLOSURES** to **Tully T. Blalock, King & Spalding**, Counsel for Defendants, **MIDLAND CREDIT MANAGEMENT, MIDLAND FUNDING LLC., AND ENCORE CAPITAL GROUP, INC.** on October 7, 2013.

Sent to:

Tully T. Blalock

King & Spalding

1180 Peachtree Street, N.E.

Atlanta, Georgia 30309

*[signature]*

Teri Lynn Hinkle

322 Bethel Street

Eastman, Georgia 31023

queensongbird@gmail.com

**Plaintiff, Case 3:13-cv-00033**

313 Bedhal Street
Eastman, Georgia
31023

Clerk of District Court
P.O. Box 1130
Augusta, Georgia
30903



U.S. POSTAGE
PAID
EASTMAN, GA
31023
OCT 07, 13
AMOUNT
$1.12
00030247-03