UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2013 OCT 11 AM 10: 15
CLERK
SO. DIST. OF GA.

Teri Lynn Hinkle )
    Plaintiff, )
)
) Case No 3:13-cv-00033
vs )
)
MIDLAND CREDIT )
MANAGEMENT INC. )
MIDLAND FUNDING LLC. )
ENCORE CAPITAL GROUP INC. )
    Defendants. )
)

## MOTION TO DISMISS A CAUSE OF ACTION

TO THE HONORABLE JUDGE OF THIS COURT:

Comes now the Plaintiff, Teri Lynn Hinkle, in the above styled action and requests the dismissal of a specific cause of action in her Complaint.

After careful consideration the Plaintiff has determined that it is in her best interest and the best interest of the Court for Plaintiff to dismiss the cause of action in Count V, (Dkt. 8, pgs 20-23) of her First Amended Complaint as to violations of the Telephone Consumer Protection Act (TCPA) against Defendant MIDLAND CREDIT MANAGEMENT, INC.

WHEREFORE, the Plaintiff moves this Honorable Court to issue an order dismissing the cause of action related to the Telephone Consumer Protection Act (TCPA).

Respectfully Submitted,

*Teri Lynn Hinkle*
Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Teri Lynn Hinkle </br>         Plaintiff, </br></br> vs </br></br> MIDLAND CREDIT </br> MANAGEMENT INC. </br> MIDLAND FUNDING LLC. </br> ENCORE CAPITAL GROUP INC. </br>         Defendants. | Case No 3:13-cv-00033 |

**CERTIFICATE OF SERVICE**

    I hereby certify that I presented a copy of the foregoing **MOTION TO DISMISS A CAUSE OF ACTION** to **Tully T. Blalock, King & Spalding**, Counsel for Defendants, **MIDLAND CREDIT MANAGEMENT, MIDLAND FUNDING LLC., AND ENCORE CAPITAL GROUP, INC.** on October 8, 2013.

Sent to:

Tully T. Blalock

King & Spalding

1180 Peachtree Street, N.E.

Atlanta, Georgia 30309

*(signature)*

Teri Lynn Hinkle

322 Bethel Street

Eastman, Georgia 31023

queensongbird@gmail.com

**Plaintiff, Case 3:13-cv-00033**

Dinkle
333 Bethel St.
Eastman, GA
31023

Clerk of U.S. District Court
P.O. Box 1130
Augusta, Georgia
30903



U.S. POSTAGE PAID
EASTMAN, GA
31023
OCT 08 '13
AMOUNT
$1.12
00030247-03