IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 OCT 16  PM 3:58

CLERK _____
SO. DIST. OF GA.

TERI LYNN HINKLE, \*
 \*
Plaintiff, \*
 \*
v. \*  CV 313-033
 \*
MIDLAND CREDIT MANAGEMENT, \*
INC.; MIDLAND FUNDING, LLC; and \*
ENCORE CAPITAL GROUP, INC., \*
 \*
Defendants. \*

# O R D E R

Presently pending before the Court is Plaintiff's pro se motion to dismiss a cause of action. (Doc. no. 21.) Plaintiff's amended complaint raises five causes of action. (Doc. no. 8.) Count V alleges that Defendant Midland Credit Management, Inc., knowingly and willfully violated the Telephone Consumer Protection Act, 42 U.S.C. § 227. (Id., at 20-22). Plaintiff has apparently "determined that it is in her best interest and the best interest of the Court" to dismiss Count V of her amended complaint. Construing Plaintiff's motion as brought under Federal Rule of Civil Procedure 41(a)(2), Count V of the amended complaint, (doc. no. 8, at 20-22), is accordingly **DISMISSED WITHOUT PREJUDICE.**[1]

---

[1] Defendants are reminded that Plaintiff is proceeding pro se and does not have access to the CM/ECF filing system to receive electronic service of filings. Accordingly, Defendants are directed to effect service upon Plaintiff using the United States Postal Service.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE