# UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

**IN RE: MIDLAND CREDIT MANAGEMENT, INC.,**
**TELEPHONE CONSUMER PROTECTION**
**ACT LITIGATION**

| | | |
|---|---|---|
| Hinkle v. Midland Credit Management Inc. et al., | ) | |
| S.D. Georgia, C.A. No. 3:13-00033 | ) | MDL No. 2286 |

## ORDER REVOKING FINAL CONDITIONAL TRANSFER ORDER

A final conditional transfer order was filed in this matter on October 16, 2013, lifting the stay in this action which had purportedly not opposed transfer. That order was issued in error.

IT IS THEREFORE ORDERED that the Panel's final conditional transfer order designated as "CTO-10" filed on October 7, 2013, is REVOKED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel