FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 OCT 18  AM 9:50

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

Teri Lynn Hinkle
   *Plaintiff*,

vs

MIDLAND CREDIT
MANAGEMENT INC.
MIDLAND FUNDING, LLC.
ENCORE CAPITAL GROUP INC.
   *Defendants.*

Case No. 3:13-CV-00033

## PLAINTIFF'S NOTICE OF FILING OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-10) WITH JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Plaintiff Teri Lynn Hinkle has filed an Opposition to Conditional Transfer Order (CTO-10) with the Judicial Panel on Multidistrict Litigation, objecting to the transfer of the this case as a "tag-along action" pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (JPML). (*See Exhibit 1a-b*)

### Notice of Opposition Stays Service and Execution of Conditional Transfer Order to Transferee Court

Under JPML Rule 7.4(c), upon the receipt of the notice of opposition "the Clerk of the Panel shall not transmit said [conditional transfer order] to the clerk of the transferee district court until further order of the Panel." Because "conditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court", Rule 7.4(e), filing the notice of opposition "stays execution of the [conditional transfer] order."

1

*Fu's Garden Restaurant v Archer-Daniels-Midland Company*, 2000 WL 635440, *1 (N.D. Cal. 2000).

### Transferee Court Retains Jurisdiction to Decide Remand and Stay

Under JPML Rule 1.5, this Court retains jurisdiction to decide the pending motions to remand and stay:

> The pendency of a motion, order to show cause, conditional transfer order or conditional remand order before the Panel concerning transfer or remand of an action pursuant to 28 U.S.C. §1407 does not affect or suspend orders and pretrial proceedings in the district court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court. A transfer or remand pursuant to 28 U.S.C. §1407 shall be effective when the transfer or remand order is filed in the office of the clerk of the district court of the transferee district.

When a notice of opposition to conditional transfer order is filed, the transferee court "retains jurisdiction to decide [a pending motion to remand]." *Fu's Garden Restaurant v Archer-Daniels-Midland Company*, 2000 WL 635440, *1 (N.D. Cal. 2000). *Faulk v Owens-Corning, Fiberglass Corp.*, 48 F. Supp. 2d 657 n.2 (E.D. Texas Beaumont Division 1999).

### Procedure in MDL after Notice of Opposition Filed

Pursuant to JPML Rule 7.4(d), "within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof. The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel." The briefing schedule for the motion is set by the clerk of the Panel. JPML Rule 7.4(c)

Respectfully Submitted, October 14, 2013

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
Plaintiff

2

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 2286 – In Re: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION

*Teri Lynn Hinkle v Midland Credit Management, Inc., Midland Funding L.L.C., Encore Capital Group, Inc.*, S.D. Georgia, Dublin Div., No. 3:13-00033

## NOTICE OF OPPOSITION TO CTO-10

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff Teri Lynn Hinkle files her Notice of Opposition to Conditional Transfer Order (CTO-10) for transfer of the above-captioned action as a "tag-along action". Plaintiff understands that the motion and brief to vacate are due in 14 days.

Sincerely,

*/s/ Teri Lynn Hinkle*

Teri Lynn Hinkle

322 Bethel Street, Eastman, GA 321023

478-374-4132

Plaintiff

Notice of Opposition Exhibit 1-a

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 2286 – In Re: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION

*Teri Lynn Hinkle v Midland Credit Management, Inc., Midland Funding L.L.C., Encore Capital Group, Inc.*, S.D. Georgia, Dublin Div., No. 3:13-00033

### CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's Notice of Opposition to Conditional Transfer Order (CTO-10) was faxed to the Clerk of the Panel at Fax number 202-502-2888 on October 14, 2013. Per Panel Rule 3.3(c)(ii) The Clerk of the Panel shall endorse the date for filing on all pleadings submitted for filing, and file the same into CM/ECF. Per Panel Rule 4.1(a) The Panel's notice of electronic filing shall constitute service of pleadings. Registration/possession by counsel of a CM/ECF account with any United States federal court shall be deemed consent to receive electronic service of all pleadings. All known counsel receive filings by CM/ECF and are listed in the Service List below.

By: /s/ Teri Lynn Hinkle

Teri Lynn Hinkle (Plaintiff)

### SERVICE LIST

Certificate of Service Exhibit 1-b

Amy M. Gallegos, Esq.
agallegos@jenner.com
Jenner & Block, LLP
633 West 5th Street
Los Angeles, CA  90071-2054
Phone: 213 239-2208
Fax: 213 239-2218
***Attorneys for Defendants***
Midland Funding LLC
Midland Credit Management Inc
Encore Capital Group Inc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Teri Lynn Hinkle ) | |
|     Plaintiff, ) | |
| ) | Case No 3:13-cv-00033 |
| vs ) | |
| ) | |
| MIDLAND CREDIT ) | |
| MANAGEMENT INC. ) | |
| MIDLAND FUNDING LLC. ) | |
| ENCORE CAPITAL GROUP INC. ) | |
|     Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I faxed a copy of the foregoing to the Clerk of the Panel and that I presented a copy of the foregoing by First Class Mail on October 14, 2013 to the following parties:

Sent to:

Tully T. Blalock

King & Spalding

1180 Peachtree Street, N.E.

Atlanta, Georgia 30309

*/s/ Teri Hinkle*

Teri Lynn Hinkle

322 Bethel Street

Eastman, Georgia 31023

queensongbird@gmail.com

Plaintiff, Case 3:13-cv-00033

Hinkle
333 Bethel St.
Eastman, Georgia
31023

Clerk U.S. District Court
P.O. Box 1130
Augusta, Georgia
30903



U.S. POSTAGE
EASTMAN, GA
31023
OCT 15 '13
AMOUNT
$1.12
0003247-01