UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TERI HINKLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cv-00033 |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| INC., MIDLAND FUNDING LLC, and | ) | |
| ENCORE CAPITAL GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**RULE 26(f) REPORT**

1. Date of Rule 26(f) conference: October 28, 2013

2. Parties or counsel who participated in conference:
   Teri Hinkle, Plaintiff and K. Ann Broussard for Defendants Midland Credit Management, Inc., Midland Funding LLC, and Encore Capital Group, Inc. (the "Midland Defendants").

3. If any defendant has yet to be served, please identify the defendant and state when service is expected.
   N/A

4. Date the Rule 26(a)(1) disclosures were made or will be made:
   November 11, 2013

5. If any party objects to making the initial disclosures required by Rule 26(a)(1) or proposes changes to the timing or form of those disclosures,

   (a) Identify the party or parties making the objection or proposal

   The Midland Defendants have no objections to this proposed deadline.

   (b) Specify the objection or proposal:

   N/A

6. The Local Rules provide a 140-day period for discovery.  If any party is requesting additional time for discovery,

   (a) Identify the party or parties requesting additional time:

   The Midland Defendants are not requesting additional time.

   (b) State the number of months the parties are requesting for discovery:

   N/A                                                                         months

   (c) Identify the reason(s) for requesting additional time for discovery:  N/A

   _____ Unusually large number of parties

   _____ Unusually large number of claims or defenses

   _____ Unusually large number of witnesses

   _____ Exceptionally complex factual issues

   _____ Need for discovery outside the United States

   _____ Other:_____

   (d) Please provide a brief statement in support of each of the reasons identified above:

   N/A

7. If any party is requesting that discovery be limited to particular issues or conducted in phases, please

   (a) Identify the party or parties requesting such limits:

   The Midland Defendants do not request that discovery be limited to particular

   issues or conducted in phases.

    (b)    State the nature of any proposed limits:

        N/A

8. The Local Rules provide, and the Court generally imposes, the following deadlines:

| | |
|---|---|
| Last day for filing motions to add or join parties or amend pleadings | 60 days after issue is joined |
| Last day to furnish expert witness report by plaintiff | 60 days after Ru1e26(f) conference |
| Last day to furnish expert witness report by a defendant | 90 days after Rule 26(f) conference (or 60 days after the answer, whichever is later) |
| Last day to file motions | 30 days after close of discovery |

If any party requests a modification of any of these deadlines,

    (a)    Identify the party or parties requesting the modification:

        The Midland Defendants do not request a modification of the above deadlines.

    (b)    State which deadline should be modified and the reason supporting the request:

        N/A

9.  If the case involves electronic discovery,

    (a) State whether the parties have reached an agreement regarding the preservation, disclosure, or discovery of electronically stored information, and if the parties prefer to have their agreement memorialized in the scheduling order, briefly describe the terms of their agreement:

    The Midland Defendants agree to preserve relevant electronic information in its native format and produce documents, including electronically stored information (ESI), in searchable Portable Document Format (PDF), to the extent possible.

    (b) Identify any issues regarding electronically stored information as to which the parties have been unable to reach an agreement:

    N/A

10. If the case is known to involve claims of privilege or protection of trial preparation material,

    (a) State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material:

    The Midland Defendants will require a Confidentiality/Protective Order entered by the Court prior to producing confidential/proprietary information and documents.

    (b) Briefly describe the terms of any agreement the parties wish to have memorialized in the scheduling order (or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters):

    N/A

    (c) Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement:

    N/A

11. State any other matters the Court should include in its scheduling order:

 The Midland Defendants have not identified any other matters that should be included in the scheduling order.

12. The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:

 The Midland Defendants represent that Plaintiff has notified them of her settlement demand, but the parties have been unable to reach a settlement.

This 5th day of November, 2013.

Signed:

/s/  Tully T. Blalock
*Attorney for Defendant*