ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 NOV 12 P 2: 23

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TERI LYNN HINKLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 313-033 |
| | ) | |
| MIDLAND CREDIT MANAGEMENT INC.; | ) | |
| MIDLAND FUNDING LLC; and ENCORE | ) | |
| CAPITAL GROUP INC., | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, and having reviewed the Rule 26(f) Report, the following dates represent the scheduling deadlines in the above-styled case:

| | |
|---|---|
| DATE ISSUE JOINED | October 1, 2013 |
| DATE OF RULE 26(f) CONFERENCE | October 28, 2013 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | November 30, 2013 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | December 27, 2013 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY A DEFENDANT | January 26, 2014 |
| CLOSE OF DISCOVERY | February 18, 2014 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | March 20, 2014 |

Defendants shall submit their portion of the pre-trial order to Plaintiff five (5) days before the pre-trial order deadline, in default of which sanctions may be imposed.

Motions in limine shall be filed no later than five (5) days prior to the pre-trial conference.

All motions, other than summary judgment and motions to dismiss, shall be accompanied with a proposed order.

Any witness known prior to the close of discovery and not disclosed will not be allowed.

Curriculum vitae on all expert witnesses shall be filed contemporaneously with, but separate from, the pre-trial order. This rule will be strictly adhered to and the Court will not allow the expert witness to testify in the event of noncompliance.

SO ORDERED this 12th day of November, 2013, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE