Hinkle
322 Bethel St.
Eastman, GA
31023
UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9011 8986 6004 5397 07
Label 400 Jan. 2013
7690-16-000-7948
UNITED STATES POSTAL SERVICE
1006
30903
U.S. POSTAGE
PAID
EASTMAN,GA
31023
DEC 23,'13
AMOUNT
$5.80
00098060-04
PRIORITY® MAIL
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 107, January 2008
Clerk of U.S. District Court
P.O. Box 1130
Augusta, Georgia
30903