FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 JAN -2 AM 9:56
CLERK [signature]
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**DUBLIN DIVISION**

**Teri Lynn Hinkle**
***Plaintiff,***

**vs**

**MIDLAND CREDIT MANAGEMENT INC.**
**MIDLAND FUNDING, LLC.**
**ENCORE CAPITAL GROUP INC.**
***Defendants.***

**Case No. 3:13-CV-00033**

## MOTION TO TAKE NOTICE OF PLAINTIFF'S INTENT TO FILE AMENDED MOTIONS

Plaintiff, Teri Lynn Hinkle hereby motions the Court to Take Notice of Plaintiff's intent to file amended motions related to the following motions on the record:

1. Motions to Compel, docket numbers 32, 34 and 36.

2. Motions to Deem Matters Admitted, docket numbers 33, 35 and 37.

Defendants attempted to answer discovery after the second deadline and shortly before receipt of thier responses, Plaintiff had filed the motions referenced above. In the interest of judicial economy and clarity for the Court, Plaintiff requests additional time to address the numerous issues which have arisen as a result of the Defendant's late and improper responses to discovery which were provided in bad faith.

Plaintiff can file the amended motions by January 13, 2014. Plaintiff further reserves the right to do so without waiver of any rights related to the motions currently filed. Plaintiff will attempt to discuss and resolve these issues in the interim with the Defendants in an effort to avoid unnecessary expenditure of resources and involvement of this Honorable Court.

WHEREFORE, Plaintiff requests this Honorable Court grant her 14 days to prepare and file the amended motions listed above.

DATED this 30th day of December, 2013

Respectfully Submitted,

Teri Lynn Hinkle

Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I presented the foregoing copy of Plaintiff's Motion to Take Notice of Plaintiff's Intent to File Amended Motions to Tully T. Blalock, King & Spalding, Counsel for Defendants, MIDLAND CREDIT MANAGEMENT, MIDLAND FUNDING LLC., AND ENCORE CAPITAL GROUP, INC. on December 30, 2013.

Sent to:

Tully T. Blalock

King & Spalding

1180 Peachtree Street, N.E.

Atlanta, Georgia 30309

*(Counsel for Defense)*

Teri Lynn Hinkle

322 Bethel Street

Eastman, Georgia 31023

queensongbird@gmail.com

*Plaintiff*

322 Bethel St.
Eastman, GA.
31023

UNITED STATES POSTAL SERVICE
1000 30903

U.S. POSTAGE
PAID
EASTMAN,GA
31023
DEC 30, 13
AMOUNT
$1.12
00030247-07

Clerk of U.S. District Court
P.O. Box 1130
Augusta, Georgia
30903