ORIGINAL

ORIGINAL

# United States District Court

## *Southern District of Georgia*

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 JAN 16  PM 2:52

CLERK _C. Adams_
SO. DIST. OF GA.

Teri Lynn Hinkle,

_____
Plaintiff

Case No. _____3:13-cv-00033_____

v.

Midland Credit Management Inc.,
Midland Funding, LLC, et al.

_____
Defendant

Appearing on behalf of

_____Defendants_____

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _16_ day of _January_, _2014_.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:     K. Ann Broussard
_____

Business Address:     King & Spalding LLP
_____
Firm/Business Name

1180 Peachtree Street NE
_____
Street Address

|  | Atlanta | GA | 30309 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

|  |  |  |  |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| 404 572-4600 |  | 100142 |
|---|---|---|
| Telephone Number (w/ area code) |  | Georgia Bar Number |

Email Address:     abroussard@kslaw.com