**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION**

| | |
|---|---|
| TERI LYNN HINKLE,                )<br>                                              )<br>        Plaintiff,                     )<br>                                              )<br>v.                                           )          Case No. 3:13-cv-00033<br>                                              )<br>MIDLAND CREDIT MANAGEMENT, )<br>INC., MIDLAND FUNDING LLC,   )<br>And ENCORE CAPITAL GROUP, INC., )<br>                                              )<br>        Defendants.                 ) | |

**DEFENDANTS MIDLAND CREDIT MANAGEMENT, INC.,
MIDLAND FUNDING LLC, AND ENCORE CAPITAL GROUP, INC.'S
<u>FIRST MOTION FOR EXTENSION OF DEADLINES</u>**

Defendants Midland Credit Management, Inc., Midland Funding LLC, and Encore Capital Group, Inc. (collectively, the "Midland Defendants"), respectfully move the Court for a 30-day extension of the discovery and motions deadlines stating as follows:

1. The current discovery and motions deadlines are February 18, 2014 and March 20, 2014, respectively.

2. On February 4, 2014, the Midland Defendants' counsel e-mailed Plaintiff to confirm her availability for a deposition on February 13, 2014. *See* Declaration of K. Ann Broussard ("Broussard Decl."), ¶ 3, attached as Exhibit A, and Exhibit A-1.

3. On February 5, 2014, Plaintiff responded by e-mail that she was not available for a deposition on February 13, 2014. Broussard Decl. ¶ 4 and Exhibit A-1. The Midland Defendants' counsel immediately responded to Plaintiff and requested that she provide available dates for her deposition. *See id.* Plaintiff did not respond to this request for available dates. *See id.*

1

4. Having received no response from Plaintiff concerning her availability, on February 5, 2014, the Midland Defendants' counsel served a notice of deposition on Plaintiff setting her deposition for February 14, 2014. Broussard Decl. ¶ 5 and Exhibit A-2.

5. On Saturday, February 8, 2014, Plaintiff emailed the Midland Defendants' counsel advising that she intended to file a motion for protective order. Broussard Dec. ¶ 6 and Exhibit A-3.

6. On February 10, 2014, the Midland Defendants' counsel called Plaintiff to advise that her deposition was properly noticed for February 14, 2014, but also offered to take her deposition on February 17 or February 18. Broussard Decl., ¶ 7 and Exhibit A-4. Plaintiff declined those two alternative dates. *Id*.

7. Due to the inclement weather and dangerous and icy conditions in Atlanta and the surrounding areas, on February 13, 2014, the Midland Defendants' counsel emailed and called Plaintiff to advise that the February 14, 2014 deposition would need to be rescheduled. Broussard Decl. ¶ 8 and Exhibit A-5. The Midland Defendants' counsel asked Plaintiff to confirm her availability on February 17 or February 18 for her deposition. *Id*. Plaintiff responded that she was not available on either of those dates. *Id*.

8. For the foregoing reasons, the Midland Defendants respectfully request a 30-day extension of the discovery and motions deadlines so that the Midland Defendants may reschedule Plaintiff's properly-noticed deposition. *See e.g., Brown v. True Assoc., Ltd*., 2014 WL 46821, *2 (S.D. Ga. Jan. 6, 2014) (granting motion for additional time to conduct limited discovery); *Dalenberg v. City of Waynesboro*, 221 F. Supp. 2d 1380, 1385 (S.D. Ga. 2002) (granting motion for extension of time to conduct discovery and file motions). In addition, the parties have been unable to agree on a protective order so that the Midland Defendants may

produce confidential/proprietary documents and this additional time will facilitate resolution of that issue as well.

9.     Counsel for the Midland Defendants consulted Plaintiff regarding any objection to this extension and Plaintiff does object to this request.

WHEREFORE, for good cause shown, the Midland Defendants respectfully request that the discovery and dispositive motions deadlines be extended through March 20, 2014 and April 21, 2014, respectively.  In accordance with S.D. Ga. LR 26.2, a proposed, modified scheduling order is submitted contemporaneously with this Motion.

Respectfully submitted this 16th day of February, 2014.

/s/  K. Ann Broussard
K. Ann Broussard (*Pro Hac Vice*)
Georgia Bar No. 100142

KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  ABroussard@kslaw.com

**Attorneys for Encore Capital Group, Inc., Midland Funding LLC, and Midland Credit Management, Inc.**

**CERTIFICATE OF SERVICE**

      I hereby certify that I presented the foregoing pleading by United States Mail to the following parties:

Teri Lynn Hinkle
322 Bethel Street
Eastman, GA  31023

Dated:  February 16, 2014.

                                        /s/  *K. Ann Broussard*
                                        K. Ann Broussard (Admitted *Pro Hac Vice*)
                                        Georgia Bar No. 100142

                                        KING & SPALDING LLP
                                        1180 Peachtree Street, N.E.
                                        Atlanta, Georgia  30309
                                        Telephone:  (404) 572-4600
                                        Fax:  (404) 572-5100
                                        Email:  ABroussard@kslaw.com

                                        **Attorneys for Encore Capital Group, Inc., Midland Funding LLC, and Midland Credit Management, Inc.**

4