**ORIGINAL**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 FEB 18  PM 3: 36

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TERI LYNN HINKLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 313-033 |
| MIDLAND CREDIT MANAGEMENT, INC., et al., | ) ) ) ) |
| Defendants. | ) ) |

### REVISED SCHEDULING ORDER

Having reviewed Defendants' request for an extension of the discovery period (doc. no. 49), and for good cause shown, the Court **GRANTS** an extension of the remaining deadlines in this case as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | March 20, 2014 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXLCUDING MOTIONS IN LIMINE | April 21, 2014 |

All provisions of the November 12, 2013 Scheduling Order not revised herein shall remain in full force and effect.

Because Plaintiff received notice of the February 14, 2014 deposition date via email on February 5, her motion for a protective order alleging that she received "zero days advanced notice of Deposition" is **DENIED**. (Doc. no. 50.) Plaintiff is **DIRECTED** to provide Defendants, by email to be sent on or before noon, February 19, 2014, with three proposed dates for her deposition within the extended discovery period, and to cooperate with all attempts to schedule such deposition. To ensure compliance with this deadline, a copy of this Order shall be emailed to Plaintiff by Rebecca Cirillo, the

undersigned's Courtroom Deputy Clerk, utilizing the email address for Plaintiff identified in the exhibits to Defendants' motion.

SO ORDERED this 18th day of February, 2014, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE