```
                                          FILED
                                    U.S. DISTRICT COURT
                                       AUGUSTA DIV.
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

2014 FEB 24   AM 9: 55

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| **Teri Lynn Hinkle** <br> *Plaintiff,* <br><br> vs <br><br> **MIDLAND CREDIT MANAGEMENT INC.** <br> **MIDLAND FUNDING, LLC.** <br> **ENCORE CAPITAL GROUP INC.** <br> *Defendants.* | Case No. 3:13-CV-00033 |

## NOTICE TO THE COURT OF CORRECT FILING DATE

TO THE HONORABLE JUDGE OF THIS COURT:

    COMES NOW the Plaintiff, Teri Lynn Hinkle, with this Notice of Correct Filing Date and states as follows;

1. On February 10, 2014 the Plaintiff *pro se*, Teri Lynn Hinkle, sent by USPS overnight delivery, her Motion For Protective Order. (*See* Doc. 50 and Ex. A attached)

2. The Motion For Protective Order was sent after the Plaintiff *pro se* had waited as long as she could to receive proper service of Defendant's Notice of Taking Deposition and still get her Motion into the Court in a timely manner.

3. Defendant's Notice of Taking Deposition had not arrived by mail at the time the Plaintiff mailed her Motion For Protective Order to the Court on February 10, 2014.

4. According the USPS tracking web site Plaintiff's Motion For Protective Order was delivered to the Court on February 11, 2014 at 1:59 pm. (*See* Ex. B attached)

5. Due to extreme weather conditions which began on February 11, 2014 the Court was closed over a period of days which caused Plaintiff's Motion For Protective Order not to be entered into the docket until February 18, 2014. The "filed" date noted in the docket is February 14, 2014 which is in error. (*See* date on signature page of Doc. 50 and Ex. B hereto attached)

WHEREFORE, the Plaintiff requests that the Court take notice of the Plaintiff's timely filing of her Motion For Protective Order.

Respectfully Submitted,

*/s/ Teri L. Hinkle*
Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
478-374-4132

# EXHIBIT

# A

Dated: February 10 2014

Respectfully Submitted,

_/s/ Teri Hinkle_

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

[USPS Express Mail Customer Copy receipt, delivery date FEB 10 2014, addressed to Clerk of US Dist. Court, Jones Brown Blvd, Augusta GA; Total: $17.16]

# EXHIBIT B

# EXHIBIT B

Tracking Number: EI352279663US

 DELIVERED

Scheduled Delivery Day: **Tuesday, February 11, 2014, 12:00 pm**
**Money Back Guarantee**
Signed for By: WAIVED / AUGUSTA, GA 30901 / 1:59 pm

## Product & Tracking Information

**Postal Product:** Priority Mail Express 1-Day™
**Features:** $100 insurance included   PO to Addressee

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 11, 2014, 1:59 pm | Delivered | AUGUSTA, GA 30901 |
| February 11, 2014, 1:24 pm | Arrival at Post Office | AUGUSTA, GA 30901 |
| February 11, 2014, 1:23 pm | Processed at USPS Origin Sort Facility | AUGUSTA, GA 30901 |
| February 11, 2014 | Depart USPS Sort Facility | ATLANTA, GA 30320 |
| February 11, 2014, 12:35 am | Processed at USPS Origin Sort Facility | ATLANTA, GA 30320 |
| February 10, 2014 | Depart USPS Sort Facility | MACON, GA 31213 |
| February 10, 2014, 6:11 pm | Processed at USPS Origin Sort Facility | MACON, GA 31213 |
| February 10, 2014, 4:30 pm | Dispatched to Sort Facility | EASTMAN, GA 31023 |
| February 10, 2014, 12:49 pm | Acceptance | EASTMAN, GA 31023 |

## Available Actions

Proof of Delivery

Email Updates

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

Teri Lynn Hinkle )
    *Plaintiff*, )
 )
vs ) Case No 3:13-cv-00033
 )
MIDLAND CREDIT )
MANAGEMENT INC. )
MIDLAND FUNDING LLC. )
ENCORE CAPITAL GROUP INC. )
    *Defendants*. )
 )

## CERTIFICATE OF SERVICE

I hereby certify that I presented copies of the foregoing, Plaintiff's **NOTICE TO THE COURT OF CORRECT FILING DATE** to **Tully T. Blalock, King & Spalding**, Counsel for Defendants, **MIDLAND CREDIT MANAGEMENT, MIDLAND FUNDING LLC., AND ENCORE CAPITAL GROUP, INC.** on February 18, 2014, via USPS regular mail.

Sent to:

Tully T. Blalock
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309

*/s/ Teri L. Hinkle*

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
queensongbird@gmail.com

Hinkle
3x8 Bethel St.
Eastman, GA
31023

Clerk of U.S. Dist. Court
P.O. Box 1130
Augusta, Georgia
30903

U.S. POSTAGE PAID
EASTMAN, GA
31023
FEB 18, 14
AMOUNT
$1.19
00030247-03