FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 FEB 24  AM 9: 55

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Teri Lynn Hinkle<br>*Plaintiff*, | )<br>)<br>)<br>) Case No. 3:13-CV-00033<br>) |
| vs | )<br>) |
| MIDLAND CREDIT MANAGEMENT, INC.<br>MIDLAND FUNDING, LLC.<br>ENCORE CAPITAL GROUP, INC.<br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE TO THE CLERK OF THE COURT OF INTENT TO FILE A REPLY

Notice is hereby given that Plaintiff, Teri Lynn Hinkle pro se, in the above-named case will file a reply to the Defendant's MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING LLC, AND ENCORE CAPITAL GROUP, INC.'S FIRST MOTION FOR EXTENSION OF DEADLINES.

DATED this 18th day of February, 2014

Respectfully Submitted,

*[signature]*
Teri Lynn Hinkle

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Teri Lynn Hinkle<br>*Plaintiff,*<br><br>vs<br><br>MIDLAND CREDIT<br>MANAGEMENT INC.<br>MIDLAND FUNDING LLC.<br>ENCORE CAPITAL GROUP INC.<br>*Defendants.* | Case No 3:13-cv-00033 |

## CERTIFICATE OF SERVICE

I hereby certify that I presented copies of the foregoing, Plaintiff's **NOTICE TO THE CLERK OF COURT OF INTENT TO FILE** to **Tully T. Blalock, King & Spalding,** Counsel for Defendants, **MIDLAND CREDIT MANAGEMENT, MIDLAND FUNDING LLC., AND ENCORE CAPITAL GROUP, INC.** on February 18, 2014, via USPS regular mail.

Sent to:

Tully T. Blalock
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309

*/s/ Teri L. Hinkle*

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
queensongbird@gmail.com

Hinkle
3x8 Bethel St.
Eastman, GA
31023

Clerk of U.S. District Court
P.O. Box 1130
Augusta, Georgia
30903




U.S. POSTAGE
PAID
EASTMAN, GA
31023
FEB 18, 14
AMOUNT
$1.19
0003024703