FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 MAR 13  AM 9: 58

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

|  |  |  |
|---|---|---|
| **Teri Lynn Hinkle** | ) | |
| *Plaintiff,* | ) | |
|  | ) | |
|  | ) | **Case No. 3:13-CV-00033** |
| **vs** | ) | |
|  | ) | |
| **MIDLAND CREDIT** | ) | |
| **MANAGEMENT INC.** | ) | |
| **MIDLAND FUNDING, LLC.** | ) | |
| **ENCORE CAPITAL GROUP INC.** | ) | |
| *Defendants.* | ) | |
|  | ) | |

## PLAINTIFF, TERI LYNN HINKLE'S FIRST MOTION FOR EXTENSION OF DEADLINES

Plaintiff, Teri Lynn Hinkle, in an abundance of caution, reluctantly but respectfully moves the Court for a 30-day extension or such amount of time this Honorable Court deems appropriate, of the discovery and motions deadlines stating as follows:

1. The current discovery and motions deadlines are March 20, 2014 and April 21, 2014 respectively.

2. On March 10, 2014 Plaintiff filed a Motion To Reconsider Decision And Order Of The Court Re Plaintiff's Motions To Compel containing specificity and grounds for her request.

3. Should this Court grant Plaintiff's Motion and order the Defendants to respond to outstanding deficiencies in their responses to Requests for Production, additional time may be needed for Defendants to comply.

4.  The Plaintiff conferred with Defendants' counsel regarding any objection to this extension and the Defendants do object to this request.

WHEREFORE, for good cause shown, the Plaintiff respectfully requests that the discovery and dispositive motions deadlines be extended 30 days or for such amount of time this Honorable Court deems appropriate.

Dated: _Marc 10, 2014_

Respectfully Submitted,

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

|  |  |  |
|---|---|---|
| Teri Lynn Hinkle | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No 3:13-cv-00033 |
| vs | ) | |
| | ) | |
| MIDLAND CREDIT | ) | |
| MANAGEMENT INC. | ) | |
| MIDLAND FUNDING LLC. | ) | |
| ENCORE CAPITAL GROUP INC. | ) | |
| *Defendants.* | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I presented the foregoing copies of **PLAINTIFF'S FIRST MOTION FOR EXTENSION OF DEADLINES** for each Defendant to **Tully T. Blalock, King & Spalding,** Counsel for Defendants, **MIDLAND CREDIT MANAGEMENT, MIDLAND FUNDING LLC., AND ENCORE CAPITAL GROUP, INC.** via USPS mail on March 10, 2014

Sent to:

Tully T. Blalock

King & Spalding

1180 Peachtree Street, N.E.

Atlanta, Georgia 30309

*3-10-2010*

Teri Lynn Hinkle

322 Bethel Street

Eastman, Georgia 31023

queensongbird@gmail.com

**Plaintiff, Case 3:13-cv-00033**