FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 MAR 20  AM 9: 33

CLERK _C Adams___
SO. DIST. OF GA.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

Teri Lynn Hinkle                    )
   *Plaintiff,*          )
            )  **Case No. 3:13-CV-00033**
            )
vs        )
            )
**MIDLAND CREDIT**          )
**MANAGEMENT INC.**        )
**MIDLAND FUNDING, LLC.**    )
**ENCORE CAPITAL GROUP INC.**  )
   *Defendants.*          )
            )

## NOTICE OF FILING DOCUMENTS IN SUPPORT

TO THE HONORABLE JUDGE OF THIS COURT:

   Plaintiff, Teri Lynn Hinkle, gives Notice of Filing Documents in Support of Plaintiff's

claim:

  1. Plaintiff's Exhibit 10, a through q

        Respectfully Submitted,

        Teri Lynn Hinkle
        322 Bethel Street
        Eastman, Georgia 31023
        478-374-4132

# EXHIBIT 10 a-q

**Experian**
A world of insight

Prepared for: **TERI LYNN HINKLE**
Date: **October 12, 2011**
Report number: **2857-6441-33**

**Exhibit 10-a**

Page 3 of 6

# Dispute results

## About our dispute process

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record.

The federal Fair Credit Reporting Act provides that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have requested your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

## How to read your results

Deleted - This item was removed from your credit report

Remains - This item was not changed as a result of our processing of your dispute

Updated - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you

Processed - This item was either updated or deleted; review this report to learn its outcome

## Results

We have completed the processing of your dispute(s). Here are the results:

**Credit items**

**Outcome**

MIDLAND CREDIT MGMT IN
852871....

Updated

## Additional information

To view a full copy of your corrected credit report, visit experian.com/viewreport

☐ To receive a copy by mail, check this box, and within 30 days return this original page to P.O. Box 9701, Allen, TX 76013.

Copies will not be accepted.

What's your credit score?
Find out by ordering your VantageScore® from Experian for only $7.95. To order, call 1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

0035467468



**Exhibit 10-b**

### MIDLAND CREDIT MANAGEMENT

Address:
8875 AERO DR
SAN DIEGO, CA 92123
(888) 403-6206

Account Number:
852871....

Original Creditor:
GE/ MEIJER

Address Identification Number:
0102983662

Status:  Paid, Closed.

| | | |
|---|---|---|
| Date Opened:<br>09/2008 | Type:<br>Installment | Credit Limit/Original Amount:<br>$358 |
| Reported Since:<br>11/2008 | Terms:<br>1 Months | High Balance:<br>NA |
| Date of Status:<br>01/2009 | Monthly Payment:<br>$0 | Recent Balance:<br>NA |
| Last Reported:<br>01/2009 | Responsibility:<br>Individual | Recent Payment:<br>NA |

Account History:
Collection as of Dec 2008, Nov 2008

6/17/2011 9:27

*** 243113902-012 ***
PO Box 2000
Chester, PA 19022

**Exhibit 10-c**

10/05/2011    TransUnion.

P1PBI900203131-I021083-077188109

TERI L. HINKLE
322 BETHEL ST
EASTMAN, GA 31023

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit
http://transunion.com/consumerfaqs.

## Investigation Results



| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| MIDLAND CREDIT MGMT INC | # 852871**** | VERIFIED, NO CHANGE |

Consumer Credit Report for TERI L. HINKLE

# Exhibit 10-d

File Number:      243113902
Page:             2 of 2
Date Issued:      10/05/2011



**MIDLAND CREDIT MGMT INC** #852871****
8875 AERO DR STE 200
SAN DIEGO, CA 92123
(800) 265-8825

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID IN FULL; WAS CHRG-OFF/COLLECTN |
| Date Verified: | 09/2011 | | |
| Original Amount: | $358 | Account Type: | OPEN ACCOUNT |
| Original Creditor: | GE MEIJER | Responsibility: | INDIVIDUAL ACCOUNT |

Loan Type: FACTORING COMPANY ACCOUNT
Remarks: ACCT INFO DISPUTED BY CONSUMR
Date placed for collection: 09/2008
Estimated date that this item will be removed: 12/2012

Date Closed:   10/2008
Date Paid:     10/2008

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website http://disclosure.transunion.com

-End of Credit Report-





P.O. Box 105069
Atlanta, GA 30348

Exhibit 10-e

October 27, 2011



**EQUIFAX**

To Start An Investigation, Please Visit Us
www.investigate.equifax.com



001059672-50
Teri Lynn Hinkle
322 Bethel St
Eastman, GA 31023-6232

Dear Teri Lynn Hinkle:

Enclosed is a copy of your Equifax credit file. Please review it for any unauthorized accounts or inquiries. If unauthorized information is reporting on your Equifax credit file, you may start an investigation immediately on-line www.investigate.equifax.com. Using the Internet to initiate an on-line investigation request will expedite the resolution of your concerns. You may also start an investigation by completing and returning the enclosed Research Request Form or by calling the toll free telephone number on the credit file. Please advise us of any documents that may help us in the reinvestigation, such as an identity theft report or letters from credit grantors.

You should contact the credit grantors that are reporting information you believe is fraudulent. Ask them to explain their fraud investigation process, what steps should be taken and how long the process normally takes. Additionally request that they send you a letter or documentation stating the results of the investigation. Upon receipt, forward a copy of that letter to us.

If your ID information, such as driver's license or social security card, was lost or stolen, contact the appropriate issuing agency.



*Results Of Your Investigation*    (For your security, the last 4 digits of your credit account number(s) have been replaced by

We have researched the credit account. **Account # - 852871*** *The results are:* This item has been deleted from the credit file. If you have additional questions about this item please contact: *Midland Credit MGMT Inc, 887 Aero Dr Ste 200, San Diego, CA 92123-2255 Phone: (800) 825-8131*

**The FBI Has Named Identity Theft As The Fastest Growing Crime In America.**
Protect yourself with Equifax Credit Watch™, a service that monitors your credit file every business day and notifies you within 24 hours of any activity. To order, go to: *www.creditwatch.equifax.com*

**Experian**
A world of insight

Your accounts that may be considered negative (continued)

**MIDLAND FUNDING**
8875 AERO DR STE 200
SAN DIEGO CA 92123
No phone number available
Partial account number
854430....
Address identification number
0398639627
Original creditor T-MOBILE

| Date opened | Type | Credit limit or original amount | Recent balance |
|---|---|---|---|
| Dec 2011 | Debt Buyer | $301 | $300 as of Aug 2012 |
| First reported | Terms | High balance | |
| Mar 2012 | 1 Months | Not reported | |
| Date of status | Monthly payment | | |
| Mar 2012 | Not reported | | |

**Responsibility**
Individual
**Status**
Collection account. $300 past due as of Aug 2012.
This account is scheduled to continue on record until Mar 2014.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Aug 2012.

Payment history
2012
AUG JUL JUN MAY APR MAR

| | May12 | Apr12 | Mar12 |
|---|---|---|---|
| | 301 | 301 | 301 |
| | ND | ND | ND |
| | ND | ND | ND |
| | ND | ND | ND |

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data

> The original amount of this account was $301

0035467468

Prepared for: **TERI LYNN HINKLE**
Date: **August 07, 2012**
Report number: **2879-7755-58**

| Exhibit 10-g | Page 3 of 12 |

## Dispute results

### About our dispute process

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record.

The federal Fair Credit Reporting Act provides that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available.
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have requested your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

*Deleted* - This item was removed from your credit report

*Remains* - This item was not changed as a result of our processing of your dispute

*Updated* - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you

*Processed* - This item was either updated or deleted; review this report to learn its outcome

### Results

We have completed the processing of your dispute(s). Here are the results:

| Credit items | Outcome |
| --- | --- |
| MIDLAND FUNDING<br>854430.... | Updated |

| Request for your credit history | Outcome |
| --- | --- |
| ▓▓▓▓▓▓▓▓▓▓ | Deleted |
| ▓▓▓▓▓▓▓▓▓▓ | Deleted |

Visit experian.com/status to check the status of your pending disputes at any time

What's your credit score? Find out by ordering your VantageScore® from Experian for only $7.95. To order, call 1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

0035467468

Case 3:13-cv-00033-DHB-BKE   Document 58   Filed 03/20/14   Page 10 of 21

**Exhibit 10-h**



OK   OK   30   OK   OK   OK   OK   OK

**MIDLAND FUNDING**

| | | |
|---|---|---|
| Address: | Account Number: | Original Creditor: |
| 8875 AERO DR STE 200 | 854430.... | T-MOBILE |
| SAN DIEGO, CA 92123 | | |
| *No phone number available* | | |

Address Identification Number:
0398639627

Status:  NO STATUS.

| | | |
|---|---|---|
| Date Opened: | Type: | Credit Limit/Original Amount: |
| 12/2011 | NA | NA |
| Reported Since: | Terms: | High Balance: |
| 03/2012 | 1 Months | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 03/2012 | NA | NA |
| Last Reported: | Responsibility: | Recent Payment: |
| NA | Individual | NA |
| Your Statement: | | |

Account in dispute under Fair Credit Billing Act.



6/23/2012 11:23 P

P.O. Box 105069
Atlanta, GA 30348

Exhibit 10-i

July 23, 2012

**EQUIFAX** 

 To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com

ıllıı.llllı...lıl.ıllıll....lıll.ıllı.ılılılılı.llıll

000059  001206645-59
Teri Lynn Hinkle
322 Bethel St
Eastman, GA 31023-6232

Dear Teri Lynn Hinkle:

Enclosed is a copy of your Equifax credit file. Please review it for any unauthorized accounts or inquiries   If unauthorized information is reporting on your Equifax credit file, you may start an investigation immediately on-line at www.investigate.equifax.com. Using the Internet to initiate an on-line investigation request will expedite the resolution of your concerns. You may also start an investigation by completing and returning the enclosed Research Request Form or by calling the toll free telephone number on the credit file. Please advise us of any documents that may help us in the reinvestigation, such as an identity theft report or letters from credit grantors.

You should contact the credit grantors that are reporting information you believe is fraudulent. Ask them to explain their fraud investigation process, what steps should be taken and how long the process normally takes. Additionally request that they send you a letter or documentation stating the results of the investigation. Upon receipt, forward a copy of that letter to us.

If your ID information, such as driver's license or social security card, was lost or stolen, contact the appropriate issuing agency.

**Results Of Your Investigation**   *(For your security, the last 4 digits of your credit account number(s) have been replaced by \*)*

[illegible obscured text]

**>>> We have researched the credit account. Account # - 854430\* The results are:** We verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *Midland Credit MGMT Inc, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 Phone: (800) 825-8131*

[illegible obscured text]

**The FBI Has Named Identity Theft As The Fastest Growing Crime In America.**
Protect yourself with Equifax Credit Watch™ , a service that monitors your credit file every business day and notifies you within 24 hours of any activity. To order, go to:  *www.creditwatch.equifax.com*

**Exhibit 10-j**

## Midland Funding LLC · 8875 Aero Dr Ste 200 San Diego CA 92123-2255 · (800) 825-8131

| Account Number | Date Opened | Credit Limit | Terms Duration | Terms Frequency | Months Revd | | Creditor Classification |
|---|---|---|---|---|---|---|---|
| 854430* | 12/2011 | | | | 4 | | |

| Items As of Date Reported | Balance Amount | High Credit | Amount Past Due | Date of Last Paymt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rprtd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/2012 | $300 | $301 | $300 | | | | 06/2007 | 02/2012 | 02/2012 | | | | | | |

Status - Collection Account; Type of Account - Open; Type of Loan - Debt Buyer Account; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Collection Account:

## Ocwen Loan Servicing, LLC · Attn: Research Dept 12650 Ingenuity Dr Orlando FL 32826-2703 · (800) 756-2936

| Account Number | Date Opened | Credit Limit | Terms Duration | Terms Frequency | Months Revd | | Creditor Classification |
|---|---|---|---|---|---|---|---|
| 770* | 06/1998 | | 30 Years | Monthly | 12 | | |

| Items As of Date Reported | Balance Amount | High Credit | Amount Past Due | Date of Last Paymt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rprtd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/2007 | $0 | $78,000 | | 12/2006 | | $981 | 11/2006 | | | | Paid and Closed | | | | 01/2007 |

Status - 30 - 59 Days Past Due; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account,   ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Real Estate Mortgage.

**Account History**

| 12/2006 11/2006 09/2006 |
| with Status Codes   12/2006 11/2006 09/2006 |
| 1   1   1 |

## Select Portfolio Servicing,inc · 3815 S West Temple Salt Lake City UT 84115-4412 · (800) 258-8602

| Account Number | Date Opened | Credit Limit | Terms Duration | Terms Frequency | Months Revd | | Creditor Classification |
|---|---|---|---|---|---|---|---|
| 2773102151* | 06/1998 | | 30 Years | Monthly | | | |

| Items As of Date Reported | Balance Amount | High Credit | Amount Past Due | Date of Last Paymt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rprtd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/2006 | $0 | $78,000 | | 10/2005 | | | | 10/2005 | | | Transfer/Sold | | | | 11/2005 |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Account Transferred or Sold; Real Estate Mortgage:

## Inquiries that display to companies  (may impact your credit score)

This section lists companies that requested your credit file. Credit grantors may view these requests when evaluating your credit worthiness. Employment inquiries do not impact your credit score.

| Company Information | Inquiry Date(s) |
|---|---|
| Dish Network | 06/04/2012 |
| 9601 S Meridian Blvd Bldg 1 Flr 3 Cmo Englewood, | |
| CO 80112-5905 | |
| SS&C Technologies Inc=BANK OF EASTMAN | 12/01/2010   10/13/2010 |
| 7201 W 78th St Minneapolis, MN | |
| 55439-2507 | |

2201016681APP-0012066645- 59   - 160   - BS

( Continued On Next Page )

Exhibit 10-k

Consumer Credit Report for TERI L. HINKLE

| | |
|---|---|
| File Number: | 314334935 |
| Page: | 2 of 4 |
| Date issued: | 07/05/2012 |







**MIDLAND CREDIT MGMT INC #852871****
8875 AERO DR STE 200
SAN DIEGO, CA 92123
(800) 825-8131

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 09/28/2011 |
| Original Amount: | $358 |
| Original Creditor: | GE MEIJER |
| Last Payment: | 10/13/2008 |

| | |
|---|---|
| Pay Status: | ›Account Paid in Full; was a Collection‹ |
| Account Type: | Open Account |
| Responsibility: | Individual Account |
| Date Closed: | 10/01/2008 |
| Date Paid: | 10/13/2008 |

**Loan Type:** FACTORING COMPANY ACCOUNT
**Date placed for collection:** 09/24/2008
**Remarks:** ACCT INFO DISPUTED BY CONSUMR
**Estimated month and year that this item will be removed:** 12/2012

**MIDLAND FUNDING LLC #854430****
8875 AERO DR
SUITE 200
SAN DIEGO, CA 92123
(800) 825-8131

| | |
|---|---|
| Balance: | $301 |
| Date Updated: | 06/18/2012 |
| Original Amount: | $301 |
| Original Creditor: | T MOBILE |
| Past Due: | ›$301‹ |

| | |
|---|---|
| Pay Status: | ›In Collection‹ |
| Account Type: | Open Account |
| Responsibility: | Individual Account |

**Loan Type:** FACTORING COMPANY ACCOUNT
**Date placed for collection:** 12/06/2011
**Remarks:** ACCT INFO DISPUTED BY CONSUMR
**Estimated month and year that this item will be removed:** 05/2014

**Exhibit 10-I**

Consumer Credit Report for TERI L. HINKLE

| File Number: | 314334935 |
| Page: | 3 of 4 |
| Date Issued: | 07/05/2012 |

TransUnion.



## Satisfactory Accounts

The following accounts are reported with no adverse information.



## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**PHYSICIAN'S LIFE INSURAN**
2600 DODGE STREET
OMAHA, NE 68131
(800) 555-7542
**Requested On:** 02/15/2012

**AT&T SERVICES**
1801 VALLEY VIEW LN
FARMERS BRANCH, TX 75234
(787) 397-5000
**Requested On:** 01/02/2012

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

**STATE FREE DISCLOSURE**
P O BOX 1000
CHESTER, PA 19022
(800) 888-4213
**Requested On:** 07/05/2012

**TU INTERACTIVE**
100 CROSS ST
#202
SAN LUIS OBISP, CA 93401
Phone number not available
**Requested On:** 05/30/2012, 12/13/2011, 05/01/2011

**MIDLAND CREDIT MGMT INC**
8875 AERO DR STE 200
SAN DIEGO, CA 92123
(800) 825-8131
**Requested On:** 05/07/2012
**Permissible Purpose:** COLLECTION

**TRANSUNION INTERACTIVE**
100 CROSS STREET
#202
SAN LUIS OBISP, CA 93401
Phone number not available
**Requested On:** 02/28/2012
**Permissible Purpose:** CREDIT MONITORING

**To dispute online go to: http://transunion.com/disputeonline**



**Exhibit 10-m**

P.O. Box 2000
Chester, PA 19022-2000

07/20/2012    TransUnion.

P24JOB002 02563-I017215-144866999

TERI LYNN HINKLE
322 BETHEL ST
EASTMAN, GA 31023

 

Scan this with your
smartphone's QR Reader to
find out about an exciting offe
from Trans**Union**.

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| PERSONAL INFORMATION | | NEW INFORMATION BELOW |
| ▬▬▬▬▬ | ▬▬▬▬▬▬▬ | DELETED |
| MIDLAND CREDIT MGMT INC | # 852871**** | DELETED |



**Exhibit 10-n**

**MIDLAND FUNDING**

Address:
8875 AERO DR STE 200
SAN DIEGO, CA 92123
(800) 825-8131

Account Number:
854430....

Original Creditor:
T-MOBILE

Address Identification Number:
0398639627

Status: NO STATUS.

Status Details:
This item was updated from our processing of your dispute in Aug 2012.

| | | |
|---|---|---|
| Date Opened: | Type: | Credit Limit/Original Amount: |
| 12/2011 | NA | NA |
| Reported Since: | Terms: | High Balance: |
| 03/2012 | 1 Months | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 02/2012 | NA | NA |
| Last Reported: | Responsibility: | Recent Payment: |
| NA | Individual | NA |
| Your Statement: | | |

Account in dispute under Fair Credit Billing Act.



Status: Paid,Closed.

Status Details:
This item was updated from our processing of your dispute in Dec 2011.

Exhibit 10-o



# EQUIFAX

**Equifax Credit Report™ for Teri Lynn Hinkle**
As of: 08/06/2013
Available until: 09/05/2013
Confirmation #:3718894044

Report Does Not Update

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |
| 7. Summary of Your Rights Under the FCRA | Summary of Your Rights Under the FCRA |
| 8. Remedying the Effects of Identity Theft | Remedying the Effects of Identity Theft |
| 9. Your Rights Under State Law | Your Rights Under State Law |

## Contact Us

If you would like to initiate your dispute by phone you may contact our dispute center at 866-229-7861 (telephone number changes monthly). You must have a current copy of your Equifax credit file and your 10 digit confirmation number to complete the dispute process by phone. Or you may dispute via US mail by writing to:

**Equifax Information Services, LLC**
**PO Box 740256**
**Atlanta, GA 30374**

# Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

## Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.

| Open Accounts | Total Number | Balance | Available | Credit Limit | Debt to Credit Ratio | Monthly Payment Amount | Accounts with a Balance |
|---|---|---|---|---|---|---|---|
| Mortgage | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Installment | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Revolving | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Other | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Total | 0 | $0 | N/A | N/A | N/A | $0 | 0 |

## Debt by Account Type

No Data to Display

- Mortgage-0%     • Installment-0%
- •

## Debt to Credit Ratio by Account Type



| | | | |
|---|---|---|---|
| Date of Last Payment: | 10/2004 | Actual Payment Amount: | $ 10 |
| Scheduled Payment Amount: | | Date of Last Activity: | 10/2004 |
| Date Major Delinquency First Reported: | | Months Reviewed: | 35 |
| Creditor Classification: | | Activity Description: | Paid and Closed |
| Charge Off Amount: | | Defered Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | 02/2004 | Type of Loan: | Credit Card |
| Date of First Delinquency: | N/A | | |
| Comments: | Account closed at consumers request | | |

81-Month Payment History

No 81-Month Payment Data available for display.

# Other Accounts

These are all accounts that do not fall into the other categories and can include 30-day accounts such as American Express.

# Closed Accounts

████████████████████████

MIDLAND FUNDING LLC   854430XXXX          12/06/2011   $301          07/29/2013   $301

8875 Aero Dr Ste 200
San Diego , CA-921232255
(800) 825-8131

| | | | |
|---|---|---|---|
| Account Number: | 854430XXXX | Current Status: | |
| Account Owner: | Individual Account. | High Credit: | $ 301 |
| Type of Account : | Open | Credit Limit: | |
| Term Duration: | | Terms Frequency: | |
| Date Opened: | 12/06/2011 | Balance: | $ 301 |
| Date Reported: | 07/29/2013 | Amount Past Due: | $ 301 |
| Date of Last Payment: | | Actual Payment Amount: | |
| Scheduled Payment Amount: | | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | 02/2012 | Months Reviewed: | 14 |
| Creditor Classification: | | Activity Description: | N/A |

TransUnion

https://annualcreditreport.transunion.com/products/single/viewPrir

**Exhibit 10-q**

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. Please note: Some but not all of these ratings may be present in your credit report. The ratings in the key below describe the payments that may be reported by your creditors.

| N/R | X | OK | 30 | 60 | 90 | 120 | | | | | |
|-----|---|----|-----|-----|-----|-----|----|----|----|----|----|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |



**MIDLAND FUNDING LLC  #854430****

8875 AERO DR
SUITE 200
SAN DIEGO, CA 92123
(800) 825-8131

| | | | | | |
|---|---|---|---|---|---|
| Placed for collection: | 12/06/2011 | Balance: | $301 | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 07/29/2013 | | |
| Account Type: | Open Account | Original Amount: | $301 | | |
| Loan Type: | FACTORING COMPANY ACCOUNT | Original Creditor: | T MOBILE | | |
| | | Past Due: | >$301< | | |

Remarks: ACCT INFO DISPUTED BY CONSUMR; >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 05/2014

8/6/2013 8:36 I

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

|  |  |  |
|---|---|---|
| Teri Lynn Hinkle | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No 3:13-cv-00033 |
| vs | ) | |
| | ) | |
| MIDLAND CREDIT | ) | |
| MANAGEMENT INC. | ) | |
| MIDLAND FUNDING LLC. | ) | |
| ENCORE CAPITAL GROUP INC. | ) | |
| *Defendants.* | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I presented the foregoing copies of **PLAINTIFF'S NOTICE OF FILING DOCUMENTS IN SUPPORT OF PLAINTIFF'S CLAIM** for each Defendant to **Tully T. Blalock, King & Spalding**, Counsel for Defendants, **MIDLAND CREDIT MANAGEMENT, MIDLAND FUNDING LLC., AND ENCORE CAPITAL GROUP, INC.** via USPS mail on March 13, 2014

Sent to:

Tully T. Blalock

King & Spalding

1180 Peachtree Street, N.E.

Atlanta, Georgia 30309

Teri Lynn Hinkle

322 Bethel Street

Eastman, Georgia 31023

queensongbird@gmail.com

**Plaintiff, Case 3:13-cv-00033**



U.S. POSTAGE
PAID
EASTMAN, GA
MAR 15 14
AMOUNT
$1.61
00038247-03

Clerk, U.S. Dist Court
P.O. Box 1130
Augusta, GA
30903

Hinkle
333 Bethel St.
Eastman, GA
31023