ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 MAR 20 P 1: 48

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| TERI LYNN HINKLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 313-033 |
| ) | |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

On March 3, 2014, the Court denied *pro se* Plaintiff's amended motions to compel because her objections to Defendants' discovery responses were too general and she did not provide adequate information for the Court to evaluate the merits of the motions. (Doc. no. 54.) Plaintiff has now filed a motion she styled as one for reconsideration, in which she provides additional information not included in her prior motions and again requests that the Court compel discovery. (Doc. no. 55.) The Court construes Plaintiff's motion as a new motion to compel discovery, not as a motion for reconsideration, that requires a substantive response from Defendants. Because a substantial portion of Defendants' time to respond has elapsed, Defendants shall have through April 7, 2014 to file such response.

SO ORDERED this 20th day of March, 2014, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE