UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 MAR 25  AM 10: 44

CLERK _C.Alaus_
SO. DIST. OF GA.

|  |  |  |
|---|---|---|
| **Teri Lynn Hinkle** | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| | ) | **Case No. 3:13-CV-00033** |
| **vs** | ) | |
| | ) | |
| **MIDLAND CREDIT** | ) | |
| **MANAGEMENT INC.** | ) | |
| **MIDLAND FUNDING, LLC.** | ) | |
| **ENCORE CAPITAL GROUP INC.** | ) | |
| *Defendants.* | ) | |
| | ) | |

## PLAINTIFF TERI LYNN HINKLE'S NOTICE OF RECEIPT OF CERTAIN REQUESTS FOR PRODUCTION

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff, Teri Lynn Hinkle, gives Notice of Receipt of Certain Requests for Production.

1. On March 13, 2014 Plaintiff, Teri Lynn Hinkle filed a Motion to Reconsider Decision and Order of the Court on Plaintiff's Motions to Compel. *See* Doc. 55

2. On March 19, 2014 Plaintiff received via email numerous documents from Defendants in a pdf file with no indication as to what specific Requests for Production or which of the three Defendants they pertained to.

3. On March 20, 2014 the Plaintiff received via UPS delivery, hard copies of the above mentioned documents with a cover letter which simply stated, "Please find enclosed the Midland Defendant's document production numbered MIDLAND-HINKLE-000001-000106." (*See* Exhibit 11 attached.)

4. Defendants failed to delineate or specify what documents provided were in response to which specific Requests for Production for each individual Defendant.

5. Although it is clear that the documents sent are at least partial responses to Requests for Production there is a complete failure by the Defendants to identify which of the substantial documents provided are responses to which specific Request for Production and for which Defendant(s) they apply to.

Respectfully Submitted,

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
478-374-4132

# EXHIBIT 11

# EXHIBIT 11

# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: +1 404 572 4600
Fax: +1 404 572 5100
www.kslaw.com

K.Ann Broussard
Direct Dial: +1 404 215 5725
Direct Fax: +1 404 572 5100
abroussard@kslaw.com

March 19, 2014

**VIA OVERNIGHT DELIVERY**

Teri Lynn Hinkle
322 Bethel Street
Eastman, GA  31023

  **Re:**   **Hinkle v. Midland Funding LLC, Midland Credit Management Inc.**

Dear Ms. Hinkle:

Please find enclosed the Midland Defendants' document production numbered MIDLAND-HINKLE-000001-000106.

        Sincerely,

        K. Ann Broussard

KB:pdw
Enclosures

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

|  |  |  |
|---|---|---|
| Teri Lynn Hinkle | ) | |
| *Plaintiff,* | ) | |
|  | ) | Case No 3:13-cv-00033 |
| vs | ) | |
|  | ) | |
| MIDLAND CREDIT | ) | |
| MANAGEMENT INC. | ) | |
| MIDLAND FUNDING LLC. | ) | |
| ENCORE CAPITAL GROUP INC. | ) | |
| *Defendants.* | ) | |
|  | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I presented the foregoing copies of **PLAINTIFF'S NOTICE OF RECEIPT OF CERTAIN REQUESTS FOR PRODUCTION** for each Defendant to **Tully T. Blalock, King & Spalding**, Counsel for Defendants, **MIDLAND CREDIT MANAGEMENT, MIDLAND FUNDING LLC., AND ENCORE CAPITAL GROUP, INC.** via USPS on March 21, 2014.

Sent to:

Tully T. Blalock
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

Hinkle
3a Bethel St.
Eastman, Georgia
31023

Clerk of U.S. District Court
P.O. Box 1130
Augusta, Georgia
30903



U.S. POSTAGE
EASTMAN, GA
MAR 21 14
AMOUNT
$1.19
30903