# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **3:13cv33**　　　　　　　　　　　　　　　　　　DATE **5/7/2014**

TITLE **Teri Lynn Hinkle v. Midland Credit Management, Inc.**

TIMES **3:03 - 3:48**　　　　　　　　　　　　　　　　　　TOTAL **45 minutes**

Honorable: **Brian K. Epps, United States Magistrate Judge**　　Courtroom Deputy: **Rebecca Cirillo**

Court Reporter: **FTR**　　　　　　　　　　　　　　　　　Interpreter: **N/A**

Attorney for Plaintiff　　　　　　Attorney for Defendant(s)　　　　Attorney for

**Pro Se**　　　　　　　　　　　　**Matthew B. Ames**
　　　　　　　　　　　　　　　　**K. Ann Broussard (terminated, but participating in teleconference)**

PROCEEDINGS: **Teleconference**　　　　　　　　　　　　　　☑ In Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ In Chambers

Teleconference held.

Defense will present draft protective order to Plaintiff by Friday, May 9, 2014.
Any supplemental briefing from Defendant due by Friday, May 9, 2014.
Order to be entered by the Court. 45 days for Plaintiff to complete discovery.

(Rev 7/2003)　　　　　　　　　　　　　　　　　　　　　　GENERAL CLERK'S MINUTES