# United States District Court
## *Southern District of Georgia*

Teri Lynn Hinkle
_____
Plaintiff

v. Midland Credit Management, Inc., et al.
_____
Defendant

Case No. __3:13-cv-00033-DHB-BKE__

Appearing on behalf of : _____

Defendants
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, ___Joshua M. Moore___ hereby requests permission to appear pro hac vice in the subject case filed in the ___Dublin___ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, ___Northern District of Georgia___ . *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates ___Matthew B. Ames___ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __27th__ day of ___May___, __2014__.

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, ___Matthew B. Ames___ , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.
This __27__ day of __May__, __2014__.

__015898__
Georgia Bar Number

_____
Signature of Local Counsel

__(404) 261-6020__
Business Telephone

__Balch & Bingham LLP__ (Law Firm)
__30 Ivan Allen Jr., Blvd., Suite 700__ (Business Address)
__Atlanta, Georgia 30308__ (City, State, Zip)
_____ (Mailing Address)
__mames@balch.com__ (Email Address)



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**  }  
                              } ss.  
**NORTHERN DISTRICT OF GEORGIA**  }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JOSHUA MICHAEL MOORE, 520030,** was duly admitted to practice in said Court on APRIL 29, 2002 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 9th day of May, 2014.

JAMES N. HATTEN  
CLERK OF COURT

By: _____  
Cheryl Goins  
Deputy Clerk

# United States District Court

## *Southern District of Georgia*

Teri Lynn Hinkle

_____
Plaintiff

v.   Midland Credit Management, Inc., et al.
_____
Defendant

Case No. 3:13-cv-00033-DHB-BKE

Appearing on behalf of Defendants
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Joshua M. Moore |
| Business Address: | Balch & Bingham LLP |
| | Firm/Business Name |
| | 30 Ivan Allen Jr., Blvd., Suite 700 |
| | Street Address |
| | Atlanta     GA     30308 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2     City     State     Zip |
| | (404) 261-6020                  520030 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | jmmoore@balch.com |