# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **3:13cv33**　　　　　　　　　　　　　　　　DATE **5/29/2014**

TITLE **Teri Lynn Hinkle v. Midland Credit Management, Inc.**

TIMES **9:05 - 9:11**　　　　　　　　　　　　　　　　TOTAL **6 minutes**

Honorable : **Brian K. Epps, United States Magistrate Judge**　　Courtroom Deputy : **Rebecca Cirillo**

Court Reporter : **FTR**　　　　　　　　　　　　　　Interpreter : **N/A**

| Attorney for Plaintiff | Attorney for Defendant(s) | Attorney for |
|---|---|---|
| Pro Se | Matthew B. Ames | |

PROCEEDINGS : **Teleconference**　　　　　　　　　　　　　　☑ In Court　　☐ In Chambers

Teleconference held.

Parties will submit a new draft protective order reflecting the proper procedure for filing documents under seal pursuant to the Local Rules.

This submission should be emailed to the Courtroom Deputy Clerk: rebecca_cirillo@gas.uscourts.gov

(Rev 7/2003)　　　　　　　　　　　　　　　　　　　　　　　　GENERAL CLERK'S MINUTES