# Exhibit A

| Field | Field Data |
|---|---|
| AIS File Number | 5128074 |
| AIS Portfolio | S30029 |
| Original Account Number | **Redacted**    4729 |
| Original Creditor | GE MONEY / MEIJER |
| Contract Date | 4/10/2005 |
| Last Paid Date | 12/13/2005 |
| Last Paid Amount | $- |
| Charge off Date | 8/7/2006 |
| Sale Amount | $357.56 |
| Name | "HINKLE, TERRI" |
| SSN | **Redacted** |
| Address1 | **Redacted** |
| City | **Redacted** |
| State | **Redacted** |
| Zip | **Redacted** |
| HomePhone | **Redacted** |

Data printed by Midland Credit Management, Inc. from electronic records provided by AIS SERVICES, LLC pursuant to the Bill of Sale / Assignment of Accounts transferred on or about 9/24/2008 in connection with the sale of accounts from AIS SERVICES, LLC to Midland Funding, LLC.

MIDLAND-HINKLE-000124