# Exhibit B

| Field | Field Data |
|---|---|
| DRS# | **Redacted** 9415 |
| Name | TERI HINKLE |
| Street-1 | **Redacted** |
| Street-2 | **Redacted** |
| City | **Redacted** |
| State | **Redacted** |
| Zip | **Redacted** |
| SSN# | **Redacted** |
| Home# | **Redacted** |
| Sale Amount | 300.8 |
| Orig Bal$ | 300.8 |
| C/O Date | 2007/12/29 |
| Open Date | 03/04/2006 |
| Creditor | T-MOBILE |
| DOB | **Redacted** |

Data printed by Midland Credit Management, Inc. from electronic records provided by Debt Recovery Solutions LLC pursuant to the Bill of Sale / Assignment of Accounts transferred on or about 12/6/2011 in connection with the sale of accounts from Debt Recovery Solutions LLC to Midland Funding, LLC.