# Exhibit C

Customer Additional Data                                                    [Print]

**Issuer Information**

**Purch. from APPLIED INCOME SCIENCES on 09/24/08, purch.bal.= $ 357.56 .**

| | | | |
|---|---|---|---|
| Original Account #: | **Redacted 4729** | Account Open Date: 04/10/2005 | Issuer Last Payment Amount: .00 |
| Original Lender: | **GE/ MEIJER** | Issuer Last Payment Date: 12/13/2005 | Issuer Interest Rate: .0000% |
| Product Type: | **Credit Card** | Charge Off Date: 08/07/2006 | Interest Status: |
| Affinity | | Charge Off Balance: .00 | |
| Desc 1: | **GE MONEY** | | |
| Desc 2: | | | |
| Desc 3: | | | |

**Balance Information**         **Payment Information**         **General Information**

| | | | | | |
|---|---|---|---|---|---|
| TOTAL DUE NOW: | .00 | MCM Last Payment: | .00 | Date of Occurrence: | 01/12/2006 |
| Int + Fees: | .00 | Last Payment Received: | 10/13/2008 | State Statute Expiration Date: | 10/13/2014 |
| Unpaid Balance: | .00 | First Due: | | Days Left in Statute: | 1055 |
| MCM Interest Rate: | 5.000% | Next Due: | | Last Worked Date: | 05/01/2013 by HCB |
| Interest Method: | **Interest accrued from charge-off date** | Monthly Day Due: | 0 | Site: | **SAN DIEGO** |
| Interest Paid Through: | **12/21/2008** | Down Payment: | .00 | Deceased Date: | |
| | | Monthly Payment: | .00 | Investor: | 1597 |
| | | Settlement Amount: | .00 | Open/Closed: | O |
| | | | | Days Delinquent: | 0 |
| | | | | Payments Delinquent: | 0 |
| | | | | Times Delinquent: | |

MIDLAND-HINKLE-000044

http://phxr2k02.internal.mcmcg.com/r2k2prod/additionalData/viewAdditionalData.do?print...   5/2/2013

## Collection Detail for account # Redacted 1764        GA Local:  08:50 AM  (E)

**No Value Account**                           023-OK TO WORK-DISPUTE OUTSIDE VAL PER

026-VERBAL/WRTTEN CEASE-DESIST/REFUSE

| Payment Plan | Update Address | Verify Employer Payment History | Update Phone | Additional Data | |
|---|---|---|---|---|---|
| Terri Hinkle | | GE/ MEIJER  - | Redacted  4729 | Inv#: 1597 | K Port#: 797 |
| | Best#: | Last Wk: | 05/01/2013 | Purch Bal: | $357.56 |
| Redacted | Home: | Int Rate: | 5.00% | Int+Fees: | $40.55 |
| | Work: | Last Pd: | 10/13/2008 | Total Paid: | $398.11 |
| Redacted | Last Ltr: | 12/24/2008 | Last Pd$: | $237.49 | |
| SSN:  Redacted | Ltr Dis%: | 0.00% | Ltr Exp: | Balance: | $.00 |
| Dte Birth: | SIF Amt: | $.00 | Dte C/O: 08/07/2006 | SOL Exp: | 10/13/2014 |

CC: **D5R**  Name: **ANDREW ASCH**        Xfr      Site: **SD**  Ext: **X31244**  Team: **C954**

| Comments | Status | CC | By | Followup | Amount | Entered | Time |
|---|---|---|---|---|---|---|---|
| LAWSUIT FILED AGAINST MCM, ET AL. ON 4/30/13 IN USDC SOUTHERN DIST OF GA DUBLIN DIV. CASE NO. 3:13-CV-00033-DHB-WLB | COMM | D5R | HCB | 05/01/2013 | 0.00 | 05/01/2013 | 15:16:53 |
| Account assigned from BU8 to D5R by MASHIRO | TRNF | D5R | HCB | | 0.00 | 05/01/2013 | 15:16:15 |
| Account assigned from STL to BU8 by CROBIN2 | TRNF | BU8 | ELF | | 0.00 | 05/01/2013 | 11:51:38 |
| REVIEWED CORRESPONDENCE FWRD'D TO COMPLIANCE, WILL ADD TO CU DEMANDS | COMM | STL | ELF | 05/01/2013 | 0.00 | 05/01/2013 | 11:51:34 |
| PER MULT CONSUMER RQSTD CND ON MULTIPLE, WILL CND ACCT | COMM | STL | GT9 | 04/24/2013 | 0.00 | 04/24/2013 | 08:42:04 |
| RCVD SIGND LTR FROM TERI LYNN HINKLE. PM ON 4/5/2013. RCVD IN CSS ON 4/10/2013. CU STS THIS IS A WAY OF COURTESY TO APPRAISE MCM, NOTES ON ALL THREE ENTITIES, FACT ACT, HAVE BEEN TRYING TO RESOLVE ISSUES FOR PAST | COMM | STL | GT9 | 04/23/2013 | 0.00 | 04/23/2013 | 15:35:28 |

MIDLAND-HINKLE-000045

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18 MONTHS, IT IS BLATANTLYAPPARENT THATS THEY PREFER TO BE SUED,CU IS PREPARED TO RESPECT THAT PREFERENCE, AND PURSUE REMEDY, HAVE CONSIDERED PETITIONING THE COURT FOR CLASS STATUS. WILL FWD TO COMPLIANCE PER THREAT TO SUE. ATTACHED ORIGINAL COMPLAINT FOR VIOLATIONS OF THE FDCPA AND FCRA TO SUE. ADDRESS VERIFIED | | | | | | | |
| PER MULT ADDR UPDATED | COMM | STL | GT9 | 04/23/2013 | 0.00 | 04/23/2013 | 13:25:58 |
| Account moved to No Value | ARCV | STL | *** | 11/23/2011 | 0.00 | 11/23/2011 | 16:05:31 |
| Account dispute modified in E-OSCAR. Bureau: EFX. Dispute Type 103-Claims true i dentity fraud, account fraudulently opened. Verify Name, address, SSN, Dates and Balance. Control# 99991276003041041 | COMM | STL | *** | | 0.00 | 10/04/2011 | 05:11:20 |
| Account dispute modified in E-OSCAR. Bureau: EFX. Dispute Type 103-Claims true i dentity fraud, account fraudulently opened. Verify Name, address, SSN, Dates and Balance. Control# 99991270040593010 | COMM | STL | *** | | 0.00 | 09/28/2011 | 05:13:58 |
| Account dispute modified in E-OSCAR. Bureau: EXP. Dispute Type 103-Claims true i dentity fraud, account fraudulently opened. Verify Name, address, SSN, Dates and Balance. Control# 2857644133004 | COMM | STL | *** | | 0.00 | 09/27/2011 | 05:11:57 |
| Account dispute modified in E-OSCAR. Bureau: TUN. Dispute Type 112-Consumer stat es inaccurate information. Verify Name, address, SSN, Dates and Balance. Control # 24311390200706002N | COMM | STL | *** | | 0.00 | 09/15/2011 | 05:13:57 |
| Account dispute modified in E-OSCAR. Bureau: EFX. Dispute Type 112-Consumer stat es inaccurate information. Verify Name, address, SSN, Dates and Balance. Control # 99991253019104028 | COMM | STL | *** | | 0.00 | 09/11/2011 | 05:04:42 |

MIDLAND-HINKLE-000046

| | | | | | | |
|---|---|---|---|---|---|---|
| SENT PAID-OFF ACCT WITH MCM STAT | LT21 | X10 | *** | | 0.00 | 12/23/2008 00:29:09 |
| SETTLED ACCOUNT-GOOD JOB! | STTL | X10 | AZJ | 12/23/2008 | 0.00 | 12/23/2008 00:17:57 |
| SETTLED ACCOUNT-GOOD JOB! | STTL | X10 | AZJ | 12/22/2008 | 0.00 | 12/22/2008 07:22:40 |
| HIGH AND DRY   Redacted | COMM | X10 | | | 0.00 | 12/15/2008 07:55:41 |
| OT * LEFT MESSAGE   Redacted | COMM | X10 | BOT | | 0.00 | 12/15/2008 08:00:28 |
| PLS STTL | RVEW | AZJ | BOT | 01/31/2009 | 0.00 | 12/15/2008 08:00:08 |
| LT LT1A ( 40% disc on bal/debt val ltr), Settlement offer of $237.49. Letter sent 10/01/2008, Offer Expires 11/15/2008. | SLTR | SMB | *** | 09/30/2008 | 0.00 | 09/30/2008 09:38:45 |

  Redacted 1764 - Terri Hinkle - $.00    Account number:  Redacted 1764    Find

800 message(s)   Add Comm   (Last 5)

## Bureau Reports by Reporting Date

| Date | Comment Code | Stat | Compliance Condition | Status_Desc |
|---|---|---|---|---|
| 11/17/08 | | 93 | | Account assigned to internal or external collections |
| 12/15/08 | | 93 | | Account assigned to internal or external collections |
| 01/13/09 | | 62 | | Account paid in full, was a collection account. |
| 02/15/09 | | 62 | | Account paid in full, was a collection account. |
| 03/16/09 | | 62 | | Account paid in full, was a collection account. |

MIDLAND-HINKLE-000048

| Payment History | | | Next Due Date: | | | | | Print |
|---|---|---|---|---|---|---|---|---|
| N R | Tran Code/Fund | Collector Code | Post Date | Trans Amount | Prnc Amount | Interest Amount | Balance | Due Date |
| | 551 NC | X10 | 12/22/2008 | 160.62 | 159.10 | 1.52 | .00 | |
| | 101 LB | IN2 | 10/13/2008 | 237.49 | 198.46 | 39.03 | 159.10 | |
| | | | **Total:** | **398.11** | **357.56** | **40.55** | | |
| | | | **Cash:** | **237.49** | | | | |

MIDLAND-HINKLE-000049

http://phxr2k02.internal.mcmcg.com/r2k2prod/paymentHistory/paymentHistoryList.do?prin... 5/2/2013

**mcm**
midland credit management, inc.

❶ 800 message(s) ❶

Redacted 1764 - Terri Hinkle - $.00
⇐ ⇐ Add Comm (Last 5)

Account number: Redacted 1764    Find

## Letter History Inquiry

| Letter | Date | Type | Letter Description |
|---|---|---|---|
| LT21 | 12/24/2008 | Production | SENT PAID-OFF ACCT WITH MCM STAT |
| LT1A | 10/01/2008 | Production | SENT LETTER 1A |

**mcm**
❶ 1699 message(s) ❶   Redacted 1764 - Terri Hinkle - $.00 ($300.80)   ⬅ ⬅⬅   [Add Comm]   (Last 5)   Account number: 8528711764   [Find]

## Payment History Details

| | | | | | |
|---|---|---|---|---|---|
| Transaction Amount: | 237.49 | Next Due: | | Funds: | LB |
| Principal Amount: | 198.46 | Balance: | 159.10 | Transaction Code: | 101 |
| Int + Fees: | 39.03 | Transaction Number: | 001 | Batch Sequence Number: | 00675 |
| | | Business Date: | 10/13/2008 | Check Number: | 2392 |
| Batch ID: | L101308 | Effective Date: | 10/13/2008 | NSF Amount: | .00 |
| Other Amount: | .00 | Reversal Flag: | | User Group: | 000 |
| Balance: | 159.10 | Reversal NSF: | | Unit: | 00 |
| Already Reversed: | | Investor Number: | 01597 | Pool: | 10380 |
| Collector: | INDIA OVERHEAD 2 IN2 | | | System Date: | 10/13/2008 |
| Reference Number: | | | | System Time: | 13:46:03 |
| User ID: | EEGNER | | | | |

Midland - Hinkle 00221

Payment History Detail~R2K-GUI: PROD r2014.06.01.01                                         Page 2 of 4

Midland - Hinkle 00222

Midland - Hinkle 00223

Payment History Detail~R2K-GUI: PROD r2014.06.01.01								Page 4 of 4

Midland - Hinkle 00224