# Exhibit D

**mcm** Dept. 12421
PO Box 603
Oaks, PA 19456

## Settlement Opportunity

| | |
|---|---|
| Contact Information: | Tel (800) 825-8131 |
| Hours of Operation: | M-Th 6am - 7pm; Fri 6am - 5pm; Sat 6am - Noon PST |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | GE/ MEIJER |
| MCM Account No.: | Redacted 1764 |
| Current Balance: | $395.81 |
| Payment Due Date: | 11-15-2008 |

10-01-2008

#BWNHLTH            2345-1
#0000 0852 8711 7643#
TERRI HINKLE
    Redacted
        Redacted

Dear TERRI HINKLE,

Welcome! We have a great offer for our new customers.

Midland Funding LLC recently purchased your GE/ MEIJER account and Midland Credit Management, Inc. ("MCM"), a debt collection company, is the servicer of this obligation. As the new servicer of this account, we would like to find a positive resolution to your account.

Midland Credit Management, Inc. (MCM) is currently able to offer you a discount of *40% off* your Current Balance *if we receive payment by 11-15-2008.*

What's In It For You? Once MCM receives your payment of $237.49, we will:
* Notify the credit bureaus that the debt is "Paid in Full". *
* Immediately stop all recovery activity on this account.

To accept this offer, simply detach the Acceptance Certificate below and enclose it with your $237.49 payment in the envelope provided. *Please mail your payment no later than 11-08-2008* in order to receive credit for the 40% off discount by the expiration date 11-15-2008.

If you prefer to speak with one of our Account Managers, please contact us at (800) 825-8131.

NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Midland Credit Management, Inc.
(800) 825-8131

*Please tear off and return lower portion with payment in envelope provided*

## Acceptance Certificate

| | |
|---|---|
| MCM Account Number: | Redacted 1764 |
| Current Balance: | $395.81 |
| **Amount Due:** | **$237.49** |
| Make Check Payable to: | Midland Credit Management, Inc. |
| **Payment Due Date:** | 11-15-2008 |

TERRI HINKLE
    Redacted
        Redacted

**mcm**
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870

12 8528711764 3 0023749 111508 8

Midland - Hinkle 000219
LT1A

Important Disclosure Information

> Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

The records associated with the account purchased from GE/ MEIJER reflect that you are obligated on this account, which is in default with a Current Balance of $395.81. As the owner of this account, but subject to the rights described below, Midland Funding LLC is entitled to payment of this account. All communication regarding this account should be addressed to MCM and not the previous owner.

Unless you notify MCM within thirty (30) days after receiving this notice that you dispute the validity of the debt, or any portion thereof, MCM will assume this debt to be valid.

If you notify MCM, in writing, within thirty (30) days after receiving this notice that the debt, or any portion thereof, is disputed, MCM will obtain verification of the debt or a copy of a judgment (if there is a judgment) and MCM will mail you a copy of such verification or judgment.

If you request, in writing, within thirty (30) days after receiving this notice, MCM will provide you with the name and address of the original creditor.

If an attorney represents you with regard to this debt, please refer this letter to your attorney. Likewise, if you are involved in an active bankruptcy case, or if this debt has been discharged in a bankruptcy case, please refer this letter to your bankruptcy attorney so that we may be notified.

Please remember, even if you make a payment within 30 days after receiving this notice, you still have the remainder of the 30 days to exercise the rights described above.

\* No credit reporting will occur if the federal reporting period has expired.

--------------------------------

Please send any correspondence relating to any credit reporting\* of this account to:
MCM CREDIT REPORTING DEPARTMENT, 8875 Aero Drive, Suite 200, San Diego, CA 92123.
PLEASE RETAIN THIS ADDRESS FOR ANY ISSUES RELATING SOLELY TO THE CREDIT REPORTING OF YOUR ACCOUNT.

Midland - Hinkle 000220