Exhibit E

Customer Additional Data  Print

**Issuer Information**

**Purch. from DEBT RECOVERY SOLUTIONS LLC on 12/06/11, purch.bal.= $ 300.80 .**

| | | | | | |
|---|---|---|---|---|---|
| Original Account #: | Redacted 9415 | Account Open Date: | 03/04/2006 | Issuer Last Payment Amount: | .00 |
| Original Lender: | **T-MOBILE** | Issuer Last Payment Date: | | Issuer Interest Rate: | **.0000%** |
| Product Type: | **Cellular Affinity** | Charge Off Date: | **12/29/2007** | Interest Status: | |
| | | Charge Off Balance: | **300.80** | | |

| **Balance Information** | | **Payment Information** | | **General Information** | |
|---|---|---|---|---|---|
| TOTAL DUE NOW: | 300.80 | MCM Last Payment: | .00 | Date of Occurrence: | 06/02/2007 |
| Int + Fees: | .00 | Last Payment Received: | | State Statute Expiration Date: | 06/02/2013 |
| Unpaid Balance: | 300.80 | First Due: | | Days Left in Statute: | 0031 |
| MCM Interest Rate: | .000% | Next Due: | | Last Worked Date: | 05/01/2013 by HCB |
| Interest Method: | No interest accrued | Monthly Day Due: | 0 | Site: | SAN DIEGO |
| Interest Paid Through: | | Down Payment: | .00 | Deceased Date: | |
| | | Monthly Payment: | .00 | Investor: | 2488 |
| | | Settlement Amount: | .00 | Open/Closed: | O |
| | | | | Days Delinquent: | 0 |
| | | | | Payments Delinquent: | 0 |
| | | | | Times Delinquent: | |

MIDLAND-HINKLE-000031

http://phxr2k02.internal.mcmcg.com/r2k2prod/additionalData/viewAdditionalData.do?print...   5/2/2013

## Collection Detail for account # Redacted 0953          GA Local: 07:48 AM  (E)

Mini Miranda required on answer mach msg          023-OK TO WORK-DISPUTE OUTSIDE VAL PER

026-VERBAL/WRTTEN CEASE-DESIST/REFUSE

| Payment Plan | Update Address | Verify Employer Payment History | Update Phone | Additional Data | |
|---|---|---|---|---|---|
| Teri Hinkle | | T-MOBILE  -  445799415 | | Inv#: 2488   K Port#: 1394 | |
| | Best#: | | Last Wk: 05/01/2013 | Purch Bal: | $300.80 |
| Redacted | Home: | Redacted - Redacted | Int Rate: 0.00% | Int+Fees: | $.00 |
| | Work: | | Last Pd: | Total Paid: | $.00 |
| Redacted | Last Ltr: 04/30/2013 | | Last Pd$: $.00 | | |
| SSN: Redacted | Ltr Dis%: 0.00% | | Ltr Exp: | Balance: | $300.80 |
| Dte Birth: Redacted | SIF Amt: $.00 | | Dte C/O: 12/29/2007 | SOL Exp: | 06/02/2013 |

CC: **D5R** Name: **ANDREW ASCH**     Xfr     Site: **SD**  Ext: **X31244**  Team: **C954**

| Comments | Status | CC | By | Followup | Amount | Entered | Time |
|---|---|---|---|---|---|---|---|
| Account assigned from BU8 to D5R by MASHIRO | TRNF | D5R | HCB | | 0.00 | 05/01/2013 | 15:17:38 |
| LAWSUIT FILED AGAINST MCM, ET AL. ON 4/30/13 IN USDC SOUTHERN DIST OF GA DUBLIN DIV. CASE NO. 3:13-CV-00033-DHB-WLB | COMM | BU8 | HCB | 05/01/2013 | 0.00 | 05/01/2013 | 15:17:36 |
| CR INFO NOT ABLE TO INVESTIGAT | QC01 | BU8 | GT9 | 04/30/2013 | 0.00 | 04/30/2013 | 08:19:49 |
| RCVD RESPONSE FROM COMPLIANCE, THIS ACCOUNT HAS BEEN NOTATED AND ADDED, OUTSIDE VALIDATION WITH NO MEDIA IN HOUSE, WILL SEND QC01B | COMM | BU8 | GT9 | 04/30/2013 | 0.00 | 04/30/2013 | 08:19:44 |
| REVIEWED CORRESPONDENCE FWRD'D TO COMPLIANCE INBOX 04/23/2013, WILL ADD TO CU DEMANDS | COMM | BU8 | ELF | 04/26/2013 | 0.00 | 04/26/2013 | 16:10:32 |
| CREATED ACCT IN CRS | COMM | BU8 | GT9 | 04/23/2013 | 0.00 | 04/23/2013 | 13:25:18 |
| ****IN ADDITION FACT ACT | COMM | BU8 | GT9 | 04/23/2013 | 0.00 | 04/23/2013 | 13:22:09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ACCOUNT BECAUSE CONSUMER STS HAS BEEN TRYING TO RESOLVE THIS ISSUER WITH ALL THREE ENTITIES | | | | | | |
| ****IN ADDITION ATTACHED COURT DOCUMENTS | COMM | BU8 | GT9 | 04/23/2013 | 0.00 | 04/23/2013 13:18:10 |
| RCVD SIGND LTR FROM TERI LYNN HINKLE. PM ON 4/5/2013. RCVD IN CSS ON 4/10/2013. CU STS THIS IS A WAY OF COURTESY TO APPRAISE MCM, HAVE BEEN TRYING TO RESOLVE ISSUES FOR PAST 18 MONTHS, IT IS BLATANTLY APPARENT THATS THEY PREFER TO BE SUED,CU IS PREPARED TO RESPECT THAT PREFERENCE, AND PURSUE REMEDY, HAVE CONSIDERED PETITIONING THE COURT FOR CLASS STATUS. WILL FWD TO COMPLIANCE PER THREAT TO SUE. ADDRESS VERIFIED | COMM | BU8 | GT9 | 04/23/2013 | 0.00 | 04/23/2013 13:17:25 |
| Account dispute modified in E-OSCAR. Bureau: EXP. Dispute Type 1-Not his/hers. Verify Name, address, SSN, Dates and Balance. Control# 2879775558001 | COMM | BU8 | *** | | 0.00 | 08/06/2012 12:05:35 |
| Account assigned from A8 to BU8 by CROBIN2 | TRNF | BU8 | ELF | | 0.00 | 08/01/2012 11:12:18 |
| RCVD CONSUMER DEMAND AS STATED BELOW | COMM | A8 | ELF | 08/01/2012 | 0.00 | 08/01/2012 11:08:03 |
| ENTERED IN CRS | COMM | A8 | GDO | 07/31/2012 | 0.00 | 07/31/2012 16:35:58 |
| RCVD SGND CERT LTR PM 7/27/2012, LTR RCVD 7/30/2012 FROM TERI LYNN HINKLE. CU STS IN RESPONSE TO QCPP THEY CANNOT FURNISH MCM ANYTHING, BECAUSE THEY DO NOT HAVE ACCOUNT. STS REQUESTED VAL IN 10/2011 BUT NEVER RECEIVED VAL. STS MCM IS RPTING FALSE INFO ON CRDT RPT. STS MCM CONTINUED COLLECTION AFTER RQSTED VAL AND TOLDOPERATORS TO CEASE CALLING. STS INTENDS TO FILE SUIT FOR VIOLATIONS FOR TOTAL OF $18,000, BUT RQSTS | COMM | A8 | GDO | 07/31/2012 | 0.00 | 07/31/2012 16:31:57 |

MIDLAND-HINKLE-000033

| Description | Code | | | Date | Amount | Date/Time |
|---|---|---|---|---|---|---|
| VAL. ACCOUNT OUTSIDE VAL, WILL FWD TO COMPLIANCE TO REVIEW. | | | | | | |
| LT 5G70( 40% Discount), Settlement offer of $180.48. Letter sent 07/27/2012, Offer Expires 08/26/2012. | SLTR | A8 | *** | | 0.00 | 07/26/2012 14:26:05 |
| REQUEST TO PROVIDE PROOF | QCPP | A8 | *** | 07/20/2012 | 0.00 | 07/20/2012 21:13:58 |
| OK to work-Dispute outside validation period. Consumer needs to send proof. | COMM | A8 | *** | 08/03/2012 | 0.00 | 07/20/2012 19:42:41 |
| Account dispute modified in E-OSCAR. Bureau: EFX. Dispute Type 1-Not his/hers. V erify Name, address, SSN, Dates and Balance. Control# 99992201016681057 | COMM | A8 | *** | | 0.00 | 07/20/2012 09:27:54 |
| LT 5G70( 40% Discount), Settlement offer of $180.48. Letter sent 06/15/2012, Offer Expires 07/15/2012. | SLTR | KTX | *** | | 0.00 | 06/14/2012 18:32:11 |
| Account moved by contacts load | TRNF | KTX | FTJ | | 0.00 | 06/04/2012 16:26:31 |
| SENT TO MCM LEGAL CC0130R | RVEW | L01 | *** | 05/22/2012 | 0.00 | 05/22/2012 22:53:59 |
| MM * NO MESSAGE LEFT  Redacted | COMM | D5D | D5D | | 0.00 | 05/22/2012 13:25:21 |
| DIAL HOME * AFTER NO CONNECT  Redacted | COMM | D5D | D5D | | 0.00 | 05/22/2012 13:25:02 |
| DIAL HOME * AFTER NO CONNECT  Redacted | COMM | D5D | D5D | | 0.00 | 05/22/2012 13:24:50 |
| MM * NO MESSAGE LEFT  Redacted | COMM | D5D | D5D | | 0.00 | 05/22/2012 13:21:53 |
| EE | COMM | D5D | D5D | 05/22/2012 | 0.00 | 05/22/2012 13:23:52 |
| MM * NO MESSAGE LEFT  Redacted | COMM | D5D | D5D | | 0.00 | 05/19/2012 11:14:29 |
| MM * NO MESSAGE LEFT  Redacted | COMM | D5D | D5D | | 0.00 | 05/19/2012 10:11:31 |
| MM * NO MESSAGE LEFT  Redacted | COMM | D5D | D5D | | 0.00 | 05/19/2012 06:03:10 |
| FLUP | FLUP | D5D | D5D | 05/22/2012 | 0.00 | 05/19/2012 11:13:17 |
| PASSED ACCOUNT  Redacted | COMM | D5D | D5D | | 0.00 | 05/18/2012 08:05:05 |
| RPC * OTHER  Redacted | COMM | D5D | D5D | | 0.00 | 04/05/2012 09:50:37 |
| RPC DCC DONE....MMQA DOEN CONSUMER...SD DO NOT CAL ME ANYMORE ITS A VIOLATION HU | RPOT | D5D | D5D | 05/18/2012 | 0.00 | 04/05/2012 09:49:40 |
| Account assigned from IND to D5D | TRNF | D5D | D5D | | 0.00 | 04/05/2012 09:49:09 |

MIDLAND-HINKLE-000034

| | | | | | | |
|---|---|---|---|---|---|---|
| by BSINGH5 | | | | | | |
| OT * NO MESSAGE LEFT <br> Redacted | COMM | IND | E52 | | 0.00 | 04/04/2012 06:01:05 |
| LT 5G70( 40% Discount), Settlement offer of $180.48. Letter sent 04/05/2012, Offer Expires 05/05/2012. | SLTR | IND | *** | | 0.00 | 04/04/2012 18:51:25 |
| HUNG UP WHILE ON HOLD <br> Redacted | COMM | IND | | | 0.00 | 04/03/2012 16:27:58 |
| OT * NO MESSAGE LEFT <br> Redacted | COMM | IND | FFA | | 0.00 | 04/03/2012 10:02:53 |
| INVENTORY MGMT | TRNF | IND | FTJ | | 0.00 | 04/02/2012 18:43:45 |
| Acct not eligible for legal at this time | TRNF | SMB | FE1 | | 0.00 | 03/26/2012 17:27:14 |
| SENT TO MCM LEGAL CC0130R | RVEW | L01 | *** | 02/05/2012 | 0.00 | 02/05/2012 23:29:34 |
| PASSED ACCOUNT   Redacted | COMM | E5G | E5G | | 0.00 | 02/05/2012 15:01:33 |
| EE | COMM | E5G | E5G | 02/05/2012 | 0.00 | 02/05/2012 15:00:58 |
| REQUEST TO PROVIDE PROOF | QCPP | E5G | *** | 02/04/2012 | 0.00 | 02/04/2012 22:13:24 |
| OK to work-Dispute outside validation period. Consumer needs to send proof. | COMM | E5G | *** | 02/18/2012 | 0.00 | 02/04/2012 20:48:01 |
| OT * NO MESSAGE LEFT <br> Redacted | COMM | VDQ | E5G | | 0.00 | 12/28/2011 06:54:20 |
| Verbal Dispute within 45 days. | RVEW | VDQ | *** | 12/28/2011 | 0.00 | 12/28/2011 20:48:25 |
| FRAUD/ID THEFT - CONSUMER CLAIMS FRAUD. RPC DCC MM QA CONSUMER SAID THAT SHE DOESN'T OWE THAT BILL AND SHE HAS TOLD US ABOUT IT AND SHE'LL FILE A LAWSUIT AND HUNG UP. | RPOT | E5G | E5G | 12/29/2011 | 0.00 | 12/28/2011 06:53:47 |
| Account assigned from IND to E5G by ASHASHI | TRNF | E5G | E5G | | 0.00 | 12/28/2011 06:52:55 |
| OT * NO MESSAGE LEFT <br> Redacted | COMM | IND | FDC | | 0.00 | 12/27/2011 16:41:45 |
| LT LT1A ( 10% disc on bal/debt val ltr), Settlement offer of $270.72. Letter sent 12/21/11, Offer Expires 02/04/12. | SLTR | IND | *** | 12/20/2011 | 0.00 | 12/20/2011 20:09:52 |
| Please do not make exceptions to the recommended discount/settlement strategy. This account has been selected as part of a Marketing/Operations test | COMM | IND | *** | | 0.00 | 12/20/2011 15:11:11 |
| Load to IND | COMM | IND | CXN | | 0.00 | 12/19/2011 16:14:29 |

MIDLAND-HINKLE-000035

| | | | | | | |
|---|---|---|---|---|---|---|
| KEEP ACCOUNT ACCESSIBLE TO OWNER - CC0130R | RVEW | PS4 | *** | 12/17/2011 | 0.00 | 12/17/2011 23:44:46 |

MIDLAND-HINKLE-000036

http://phxr2k02.internal.mcmcg.com/r2k2prod/collMain/collMainList.do?printable=true&r2...   5/2/2013

**mcm**
*midland credit management, inc.*
❶ 800 message(s) ❶

Redacted 0953 - Teri Hinkle - $300.80
⇐ ⇐  Add Comm    (Last 5)

Account number:  Redacted 0953    Find

## Bureau Reports by Reporting Date

| Date | Comment Code | Stat | Compliance Condition | Status_Desc |
|---|---|---|---|---|
| 02/19/12 | | 93 | XF | Account assigned to internal or external collections |
| 03/21/12 | | 93 | XF | Account assigned to internal or external collections |
| 04/19/12 | | 93 | XF | Account assigned to internal or external collections |
| 05/25/12 | | 93 | XF | Account assigned to internal or external collections |
| 06/18/12 | | 93 | XF | Account assigned to internal or external collections |
| 07/19/12 | | 93 | XF | Account assigned to internal or external collections |
| 08/17/12 | | 93 | XF | Account assigned to internal or external collections |
| 09/16/12 | | 93 | XF | Account assigned to internal or external collections |
| 10/17/12 | | 93 | XF | Account assigned to internal or external collections |
| 11/19/12 | | 93 | XF | Account assigned to internal or external collections |
| 12/18/12 | | 93 | XF | Account assigned to internal or external collections |
| 01/17/13 | | 93 | XF | Account assigned to internal or external collections |
| 02/19/13 | | 93 | XF | Account assigned to internal or external collections |
| 03/20/13 | | 93 | XF | Account assigned to internal or external collections |

MIDLAND-HINKLE-000037



Redacted 0953 - Teri Hinkle - $300.80

Account number: Redacted 0953    Find

800 message(s)    Add Comm    (Last 5)

## Letter History Inquiry

| Letter | Date | Type | Letter Description |
|---|---|---|---|
| QC01 | 04/30/2013 | Production | CR INFO NOT ABLE TO INVESTIGAT |
| 5G70 | 07/27/2012 | Marketing | DISCOUNT LETTER |
| QCPP | 07/21/2012 | Production | REQUEST TO PROVIDE PROOF |
| 5G70 | 06/15/2012 | Marketing | DISCOUNT LETTER |
| 5G70 | 04/05/2012 | Marketing | DISCOUNT LETTER |
| QCPP | 02/05/2012 | Production | REQUEST TO PROVIDE PROOF |
| LT1A | 12/21/2011 | Production | SENT LETTER 1A |

MIDLAND-HINKLE-000038