# Exhibit F

Return Mail Only - No Correspondence
**mcm**
Dept. 12421
PO Box 603
Oaks, PA 19456

## Settlement Opportunity

| | |
|---|---|
| Contact Information: | Tel (800) 265-8825 |
| Hours of Operation: | Sat-Th 5am - 2pm PST; |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | T-MOBILE |
| Original Account No.: | Redacted 9415 |
| MCM Account No.: | Redacted 0953 |
| Current Balance: | $300.80 |
| Payment Due Date: | 02-04-2012 |

12-21-2011

2345-1

#BWNHLTH
#0000 0854 4300 9536#
TERI HINKLE
   Redacted
      Redacted

Dear TERI HINKLE,

Welcome! We have a great offer for our new customers.

Midland Funding LLC recently purchased your T-MOBILE account and Midland Credit Management, Inc. ("MCM"), a debt collection company, is the servicer of this obligation. As the new servicer of this account, we would like to find a positive resolution to your account.

Midland Credit Management, Inc. (MCM) is currently able to offer you a discount of *10% off* your Current Balance *if we receive payment by 02-04-2012.*

> What's In It For You? Once MCM receives your payment of $270.72, we will:
> * Notify the credit bureaus that the debt is "Paid in Full". *
> * Immediately stop all recovery activity on this account.

To accept this offer, simply detach the Acceptance Certificate below and enclose it with your $270.72 payment in the envelope provided. *Please mail your payment no later than 01-28-2012* in order to receive credit for the 10% off discount by the expiration date 02-04-2012.

If you prefer to speak with one of our Account Managers, please contact us at (800) 265-8825.

**NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Midland Credit Management, Inc.
(800) 265-8825

---

*Please tear off and return lower portion with payment in envelope provided*

## Acceptance Certificate

| | |
|---|---|
| MCM Account Number: | Redacted 0953 |
| Current Balance: | $300.80 |
| **Amount Due:** | **$270.72** |
| Make Check Payable to: | Midland Credit Management, Inc. |
| **Payment Due Date:** | 02-04-2012 |

> For ease and convenience, make payments online and view additional offers at:
> www.midlandcreditonline.com

**mcm**
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060-0578

12  8544300953  6  0027072  020412  6

MIDLAND-HINKLE-000107
LT1A

1

**Important Disclosure Information**

**Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

Calls to and/or from this company may be monitored or recorded.

The records associated with the account purchased from T-MOBILE reflect that you are obligated on this account, which is in default. As of the date of this letter, you owe $300.80. The offer to settle this account for the discount(s) offered in this letter remains open until 02-04-2012. If the offer to settle this account is not accepted on or before 02-04-2012, the amount you owe may be greater because of interest, late charges, and other charges that may vary from day to day. To obtain an exact payoff amount, or for further information, please call one of our Account Managers at (800) 265-8825. As the owner of this account, but subject to the rights described below, Midland Funding LLC is entitled to payment of this account. All communication regarding this account should be addressed to MCM and not the previous owner.

Unless you notify MCM within thirty (30) days after receiving this notice that you dispute the validity of the debt, or any portion thereof, MCM will assume this debt to be valid.

If you notify MCM, in writing, within thirty (30) days after receiving this notice that the debt, or any portion thereof, is disputed, MCM will obtain verification of the debt or a copy of a judgment (if there is a judgment) and MCM will mail you a copy of such verification or judgment.

If you request, in writing, within thirty (30) days after receiving this notice, MCM will provide you with the name and address of the original creditor.

If an attorney represents you with regard to this debt, please refer this letter to your attorney. Likewise, if you are involved in an active bankruptcy case, or if this debt has been discharged in a bankruptcy case, please refer this letter to your bankruptcy attorney so that we may be notified.

Please remember, even if you make a payment within 30 days after receiving this notice, you still have the remainder of the 30 days to exercise the rights described above.

*You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

---------------------------

Please send any correspondence relating to any credit reporting* of this account to:
MCM CREDIT REPORTING DEPARTMENT, 8875 Aero Drive, Suite 200, San Diego, CA 92123.
PLEASE RETAIN THIS ADDRESS FOR ANY ISSUES RELATING SOLELY TO THE CREDIT REPORTING OF YOUR ACCOUNT.

**MAIL PAYMENTS TO**: P.O. Box 60578, Los Angeles, CA 90060-0578

**MAIL CORRESPONDENCE BUT NO PAYMENTS TO**: MCM's business address at 8875 Aero Drive, Suite 200, San Diego, CA 92123

MIDLAND-HINKLE-000108