# Exhibit I

July 26, 2012

Teri Lynn Hinkle

Redacted

Redacted

Redacted


MCM Dept 12421

Attention Consumer Support Services

P.O. Box 939069

San Diego, CA 92193

## RESPONSE AND NOTICE OF INTENT TO SUE

Dear Sir/Madam,

In response to your attached correspondence, I cannot furnish you with ANYTHING as I do not have that alleged account. This is the second non-existent account I have both disputed with the credit reporting agencies but with you as well. I mailed a demand for your company to Validate any alleged account you could claim to have with me in October of 2011 which you chose to ignore. Since that time your company has reported false information on my credit report which constitutes a violation of the FDPCA 15 U.S.C. 1692e(2)(10), which carries a statutory damage of $1,000.00 per defendant per erroneous reporting.

Two months after I demanded validation your company began violating further by mailing dunning letters instead and calling my phone, all of which is prohibited without fulfilling my demand for validation. That is yet another FDCPA violation. Your operators were told in no uncertain terms to cease calling me but have not complied.

In addition your company has continued to report erroneous information on my credit reports for nine months with is a violation of the Fair Credit Reporting Act (FCRA) which carries a $1,000.00 per month per credit report, per alleged account you are reporting which has been both disputed and you have refused to validate.

I fully intend to file suit in Federal District Court, Southern Division of Georgia for all violations to date and will name both Midland Credit Management and Midland Funding LLC. as initial defendants in the complaint. Those violations with my court costs and without including other defendants which will be added, come to around $18,000.00 to date.

I am a reasonable woman but I have simply had enough abuse at the hands of your company and will tolerate no more. I have attached yet another demand for validation for ANY ALLEGED ACCOUNT you think you can prove not only belongs to me but you have the legal right to collect on. Barring that I will expect that either you contact me to negotiate a settlement of this

MIDLAND-HINKLE-000023

matter within thirty days of your receipt of this letter or I will assume that you wish for me to go forward with the suit and let a jury decide. I'm sure if you review Snow vs Midland Funding LLC, Texas you will realize that a jury often tends to have little tolerance for this type of harassment, much smaller in that case than in this one. This will be my last communication on this matter before filing the suit unless I hear from you that you wish to mitigate the matter outside litigation.

Respectfully,

*[signature]*

Teri Lynn Hinkle

    Redacted

       Redacted

          Redacted

Mailed by USPS Certified #70112970000056529448

Return Mail Only - No Correspondence


Dept. 12421
PO Box 603
Oaks, PA 19456

|  |  |
|---|---|
| Contact Information: | Tel (800) 825-8131 |
| Hours of Operation: | M-Th 6am - 7pm; Fri-Sat 6am - 5pm Pacific Time |

07-21-2012

|  |  |
|---|---|
| Original Creditor: | T-MOBILE |
| Original Account No.: | Redacted 9415 |

#BWNHLTH
#0000 0854 4300 9536#
TERI HINKLE
Redacted
Redacted

91395-640

|  |  |
|---|---|
| MCM Account No.: | Redacted 0953 |
| Current Balance: | $300.80 |

Dear TERI HINKLE,

The purpose of this letter is to request your assistance so that we may reach a quick resolution to your dispute.

As part of our investigation of your dispute, it would be helpful to have a copy of any documentation you may have that supports your dispute. In the interim, we have requested that the three major consumer credit reporting agencies change the status of this account to "Disputed."*

Examples of such documentation include the following:

1. **Paid in Full or Account Settled:** Proof of payment, for example: a) copy of front and back of payment instrument with copy of settlement offer or statement showing balance, b) copy of paid in full or settled in full letter, or c) other document showing balance has been fully satisfied.

2. **Fraud:** a) copy of police report, b) Federal Trade Commission fraud affidavit (which can be obtained at www.ftc.gov/idtheft), or c) notarized fraud affidavit.

3. **Balance Discrepancy:** a) copy of contract that states rates for timeframe of disputed service, (b) copy of bill that shows amount owed or rates, or (c) more detailed explanation of disputed charges.

4. **Death of Consumer Owing the Debt:** copy of the certified Death Certificate.

Please mail any documentation you may have to support your claim to:

Attention: Consumer Support Services.
P.O. Box 939069
San Diego, CA 92193

We can be reached at **(800) 825-8131** ext. **32980** should you have any further questions.

Sincerely,

Consumer Support Services

*Your credit report will not be updated if the federal reporting period has expired.

Please understand this communication is from a debt collector. This is an attempt to collect a debt. Any information will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

Las llamadas desde y hasta esta compañía podrán ser monitoreadas o grabadas.

**MAIL PAYMENTS TO**: P.O. Box 60578, Los Angeles, CA 90060-0578

**MAIL CORRESPONDENCE BUT NO PAYMENTS TO**: MCM's business address at 8875 Aero Drive, Suite 200, San Diego, CA 92123

As of the date of this letter you owe the amount listed as Current Balance. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. To obtain an exact payoff amount, or for further information, please call one of our Account Managers at (800) 825-8131.

MIDLAND-HINKLE-000025
QCPP

## NOTICE AND DEMAND
## TO VALIDATE DEBT CLAIM

MCM/MIDLAND FUNDING LLC.

ATTENTION CONSUMER SUPPORT SERVICES

P.O. BOX 939069

SAN DIEGO, CALIF. 92193

Sent by USPS Certified Mail # 70112970000056529448

RE: ANY ALLEGED ACCOUNT WITH Teri Lynn Hinkle, of      Redacted
    Redacted

**This letter is not a refusal to pay, but a notice sent pursuant to the Fair Credit Reporting Act 15 U.S.C. §1681, that your claim is disputed and validation is requested.**

******* SILENCE IS ACQUIESCENCE *******

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

NOTICE TO PRINCIPAL IS NOTICE TO AGENT

APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

NOTICE AND DEMAND TO CEASE AND DESIST COLLECTION ACTIVITIES PRIOR TO VALIDATION OF PURPORTED DEBT

Pursuant to the truth in lending laws of the United States Code, Title 15 § 1601 et. seq. and/or and the Fair Debt Collection Practices Act laws of the United States Code § 1692 et. Seq.
This notice constitutes a timely written response to your notice via communication to Experian Credit Reporting Agency that you are attempting to collect an alleged debt and is not a dishonor of your alleged claim of debt.

This notice is my, required by law, demand to "cease and desist" collection activities of any type prior to validation of purported debt and you must validate the enclosed claim of an alleged debt. Failure to completely answer each and every question, thus constituting partial answers, will be construed to be, no answer. You must provide verification that an actual debt really exists by producing the following:

(1)   The name and address of the organization alleging a claim of a debt;

1

*On the 26th day of July 2012 Teri Lynn Hinkle of Eastman, Georgia sent this four page document to:*
*MCM/MIDLAND FUNDING LLC, P.O. Box 939069, San Diego, California 92193*

MIDLAND-HINKLE-000026

(2) The name and address of the person or persons in that organization alleging a claim of a debt;

(3) The name of the actual creditor even if that is myself;

(4) The origin of the funds used to create this alleged claim of a debt

(5) The actual records of the organization showing the time and place of the deposit and distribution of the funds used to create this alleged claim of debt.

(6) The actual records of the organization showing that an actual loan was made from the organization's own funds that resulted in the enclosed alleged claim of a debt.

(7) The actual records of the organization with a <u>live signature on any and all document/instrument(s)</u> used to allege the existence of a real loan of funds or debt from the organization to myself or anyone else by a similar name.

(8) BE ADVISED that verification is defined (Black's Law Dictionary, 6th Edition) as follows: "<u>Confirmation of correctness, truth, or authenticity, by affidavit, oath or deposition</u>". Affidavit of truth of matter stated and object of verification is to assure good faith in averments or statements of party.

(9) The actual records of the organization showing that an honest disclosure of facts relating to the alleged loan was made by the organization in compliance with the truth in lending laws of the United States Code, Title 15 § 1601 et. seq. and Regulation Z.

(10) The actual records of the organization showing that any and all document/instrument(s) containing my signature or the likeness of my signature were not negotiated or pledged by the organization against my credit to create the funds used for the appearance of a debt and resulting in this alleged claim of debt.

(11) The person that prepares and swears to the validation of debt must describe: 1) your job description on a daily basis; 2) if you are the regular keeper of those books and records and are familiar with how they are kept and their contents; 3) how long have you been in your position; 4) when did you first come in contact with the alleged account/debt; 5) how frequently do you work with the files and information they are presenting to verify/validate the alleged debt; 6) are you the person/employee who regularly works with the alleged account/debt; and 7) do you have personal knowledge about the alleged debt and/or any alleged account.

(12) What are the terms of assignment for this account? Attach a facsimile of any records relating to such terms.

(13) Have any insurance claims been made by any creditor or assignee regarding this account?

(14) Has the purported balanced of this account been used in any tax deduction claim?

**TAKE NOTICE:** The person that prepares and swears to the validation of debt must also be the same person who will be available to answer interrogatories and be available for depositions.

2

*On the 26th day of July 2012 Teri Lynn Hinkle of Eastman, Georgia sent this four page document to:*
MCM/MIDLAND FUNDING LLC, P.O. Box 939069, San Diego, California 92193

MIDLAND-HINKLE-000027

<u>15 U.S.C. § 1692 (e) states that a "false, deceptive, and misleading representation, in connection with the collection of any debt," includes the false representation of the character or legal status of any debt and further makes a threat to take any action that cannot legally be taken is deceptive practice.</u>

Pursuant to 15 U.S.C. § 1692 (g) (4) <u>Validation of Debts</u>, if you have evidence to validate your claim that the attached presentment does not constitute fraudulent misrepresentation and that one owes this alleged debt, this is a demand that, within 30 days, you provide such verification/validation and supporting evidence signed and certified under penalty of perjury to substantiate your claim. . **Until the requirements of the Fair Debt Collection Practices Act have been complied with and your claim is verified/validated, you have no consent to continue any collection activities.**

This is a constructive notice that, absent the validation of your claim within 30 days, you must "cease and desist" any and all collection activity and are prohibited from contacting me through the mail, by telephone, in person, at my home, or at my work. You are further prohibited from contacting any other third party. Each and every attempted contact, in violation of this act, will constitute harassment and defamation of character and will subject your agency and/or attorney and any and all agents in his/her individual capacities, who take part in such harassment, and defamation, to a liability for actual damages, as well as <u>statutory damages of up to $1,000 for each and every violation</u>, and a further liability for legal fees to be paid to any counsel which I may retain. Further, absent such validation of your claim, you are prohibited from filing any notice of lien and/or levy or judgment and are also barred from reporting any derogatory credit information to any credit reporting agency, regarding this disputed purported debt.

**FURTHERMORE**, pursuant to the **Fair Debt Collection Practices Act**, 15 U.S.C. § 1692 (g) (8), as you are merely an "agency" acting on someone else's behalf, this is a demand that you provide the name of the original "principal", or "holder in due course", for whom you are attempting to collect this alleged debt.

**PLEASE TAKE NOTICE** that this is a criminal investigation of the business practices of the above named organization, its agents, officers, employees and attorney to determine violations of the United States criminal laws. Your enclosed claim of collection of a purported debt appears to be founded upon a false record in violation of U.S.C. Title 18 § 2071 and 2073 (falsifying records) and further; uttering and possessing false obligations and counterfeit securities based upon the falsified records in violation of U.S.C. Title 18 § 471, 472, 473 and/or 513, and further: using corrupt business practices to make and possess false records and claim of obligation, not substantiated by truthful facts in violation of the Federal Racketeer Influences and Corrupt Organization (RICO), U.S.C. Title 18 § 1961 et. seq. and further: using the U.S. Mail to present such fraud and false instruments amounting to Mail Fraud, criminal conduct falling under Title 18 U.S.C. § 1341 – Frauds and Swindles laws, and further sending mail with false and fictitious names, a criminal conduct falling under Title 18 U.S.C. § 1842 – Fictitious Names.

<u>TAKE NOTICE</u>

Debt Collector's failure in providing Respondent with the requisite verification, validating the above referenced alleged debt within the requirements of law as codified in the Fair Debt Collection Practices Act, Fair Credit Reporting Act and the corresponding laws of each state, signifies that Debt Collector tacitly agrees that:

3

*On the 26th day of July 2012 Teri Lynn Hinkle of Eastman, Georgia sent this four page document to:*
MCM/MIDLAND FUNDING LLC, P.O. Box 939069, San Diego, California 92193

MIDLAND-HINKLE-000028

   a. Debt Collector has no lawful, bona fide, verified claim, re the above-referenced alleged account;
   b. Debt Collector waives any and all claims against Respondent and
   c. Debt Collector tacitly agrees that Debt Collector will compensate Respondent for all costs, fees and expenses incurred in defending against this and any and all continued collection attempts, re the above-referenced alleged account.
   d. Failure of Debt Collector to properly and legally verify/validate alleged debt as required in this notice is a self executing irrevocable power of attorney authorizing Respondent/Alleged Debtor named herein to direct the permanent removal, on behalf of the alleged Creditor, of any and all references to said account in any and all credit reporting agency files of any type.

This response will constitute my effort to resolve this on-going debt claim between the parties involved. Until full disclosure is achieved, there can be no case, collection or action. *"No civil or criminal cause of action can arise lest, out of fraud, and there be a valid, honest contract."* See *Eads v. Marks* 249 P. 2d 257, 260.

4

*On the 26th day of July 2012 Teri Lynn Hinkle of Eastman, Georgia sent this four page document to:*
MCM/MIDLAND FUNDING LLC, P.O. Box 939069, San Diego, California 92193

MIDLAND-HINKLE-000029



NCM/MIDLAND Funding LLC
ATTN: Consumer Support Services
P.O. Box 939069
San Diego, California
92193

MIDLAND-HINKLE-000030