IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| TERI LYNN HINKLE,            ) | |
|       ) | |
|   PLAINTIFF,            ) | |
|       ) | |
| V.            ) | |
|       ) | CIVIL ACTION NO. |
| MIDLAND CREDIT            ) | 3:13-cv-00033-DHB-BKE |
| MANAGEMENT, INC. MIDLAND            ) | |
| FUNDING, LLC, and ENCORE            ) | |
| CAPITAL GROUP, INC.,            ) | |
|       ) | |
|   DEFENDANTS.            ) | |

**DEFENDANT MIDLAND CREDIT MANAGEMENT, INC'S NOTICE OF COMPLIANCE WITH COURT ORDER**

I hereby certify that Defendant Midland Credit Management, Inc. ("Midland Credit") has complied with the Court's Order dated July 31, 2014, directing Midland Credit to file an amended response to the Plaintiff's Third Request for Production to Midland Credit. Compliance was made by mailing DEFENDANT MIDLAND CREDIT MANAGEMENT, INC'S AMENDED FIRST RESPONSE TO PLAINTIFF'S THIRD REQUEST FOR PRODUCTION to Plaintiff via first class United States Mail, postage prepaid, on August 5, 2014 to the following address:

199121.1

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

Respectfully submitted this 5th day of August, 2014.

/s/ Matthew B. Ames_____
Matthew B. Ames
Georgia Bar No. 015898
Joshua Moore ( *pro hac vice*)
Georgia Bar No. 520040

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has this day served all parties with copies of the foregoing by causing copies of same to be deposited in the United States mail with adequate postage affixed thereon to ensure delivery, addressed as follows:

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

Respectfully, submitted this 5th day of August, 2014.

                                              **/s/ Matthew B. Ames**
                                              Matthew B. Ames
                                              Georgia Bar No. 015898