UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 AUG 18 AM 9:56

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| Teri Lynn Hinkle<br>*Plaintiff,*<br><br>vs<br><br>**MIDLAND CREDIT<br>MANAGEMENT INC.<br>MIDLAND FUNDING, LLC.<br>ENCORE CAPITAL GROUP INC.**<br>*Defendants.* | Case No. 3:13-CV-00033 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff, Teri Lynn Hinkle respectfully moves the Court for a 21-day extension of time to file a Motion in Opposition and Memorandum of Law, in opposition to Defendant's Motion for Summary Judgment and states as follows:

1. Defendants filed a Motion for Summary Judgment (Doc. 85), on July 28, 2014 which was served to the Plaintiff by USPS on July 30, 2014.

2. Due to the complexity of this case, the fact that the Plaintiff is proceeding pro se and has no staff or paralegals to assist, she requires additional time to prepare a proper response to the Defendants' Motion for Summary Judgment.

3. Plaintiff certifies that she consulted with Defendants' counsel regarding any objection to this extension and Defendants have agreed to a 21-day extension.

WHEREFORE, for good cause shown, the Plaintiff respectfully requests that the deadline for response to the Defendants' dispositive motion be extended through September 9, 2014.

DATED this 12th day of August, 2014

Respectfully Submitted,

*[signature]*

Teri Lynn Hinkle

Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I presented the foregoing copies of **PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT,** to **Mathew B. Ames, and Joshua M. Moore, Balch & Bingham LLP**, Counsel for Defendants, **MIDLAND CREDIT MANAGEMENT, MIDLAND FUNDING LLC., AND ENCORE CAPITAL GROUP, INC.** via USPS on August 12, 2014.

Sent to:

Mathew B. Ames & Joshua M. Moore
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd. N.W.
Suite 700
Atlanta, Georgia 30308-3036

*/s/ Teri Lynn Hinkle*
Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

