UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 AUG 25  AM 10:08

CLERK
SO. DIST. OF GA.

Teri Lynn Hinkle
   *Plaintiff*,

vs

Case No. 3:13-CV-00033

MIDLAND CREDIT
MANAGEMENT INC.
MIDLAND FUNDING, LLC.
ENCORE CAPITAL GROUP INC.
   *Defendants*.

## NOTICE OF INTENT TO REFER TO CONFIDENTIAL DOCUMENTS

Please take notice of Plaintiff's intent to refer to the two Accounts Purchasing Agreements marked CONFIDENTIAL, and in particular the un-redacted paragraphs contained therein in her Response Brief in Opposition to Defendants' Motion for Summary Judgment, and attach them as exhibits. This notice is in compliance with the requirements of the Confidentiality Agreement and Consent Protective Order , (Doc. 82, ¶10) so that Defendants may file the requisite motion, should they deem it necessary, to protect their ongoing confidentiality. Pursuant to the Consent Order, Defendants have seven days to file said motion from the date of receipt of this notice. If they do not, Plaintiff intends to file in open court her response brief with the references made and the exhibits attached.

If Defendants timely file their motion, Plaintiff will not file her response brief until the Court rules on said motion, to which she may formally object as to the confidentiality of the documents in question as contemplated by ¶ 15(i) of the Consent Order.

DATED this 21st day of August, 2014

Respectfully Submitted,

*Teri Lynn Hinkle*

Teri Lynn Hinkle

Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I presented the foregoing copies of **NOTICE OF INTENT TO REFER TO CONFIDENTIAL DOCUMENTS,** to **Mathew B. Ames, and Joshua M. Moore, Balch & Bingham LLP**, Counsel for Defendants, **MIDLAND CREDIT MANAGEMENT, MIDLAND FUNDING LLC., AND ENCORE CAPITAL GROUP, INC.** via USPS on August 21, 2014.

Sent to:

Mathew B. Ames & Joshua M. Moore
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd. N.W.
Suite 700
Atlanta, Georgia 30308-3036

*Teri Lynn Hinkle*
Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023





Hinkle
222 Bethel St.
Eastman, GA
31023

Clerk of U.S. Dist. Court
P.O. Box 1130
Augusta, GA
30903