```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF GEORGIA
                       DUBLIN DIVISION
```

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 AUG 25 AM 10: 08
CLERK
SO DIST. OF GA.

| | |
|---|---|
| **Teri Lynn Hinkle** *Plaintiff*, | |
| vs | Case No. 3:13-CV-00033 |
| **MIDLAND CREDIT MANAGEMENT INC.** **MIDLAND FUNDING, LLC.** **ENCORE CAPITAL GROUP INC.** *Defendants.* | |

## CONSENT MOTION OF PLAINTIFF TO EXTEND PAGE LIMIT

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Plaintiff, Teri Lynn Hinkle pursuant to LR7.1 of the Southern District of Georgia and with the knowledge and consent of counsel for Defendants, files this Consent Motion to Extend Page Limitation on her Response to Defendants' Motion for Summary Judgment and states as follows:

1. Due to the complex and convoluted nature of this case and the substantial discovery provided by the Defendants the Plaintiff requests leave of the Court to exceed the page limit in her Response in Opposition to the Defendants' Motion for Summary Judgment.

2. Plaintiff seeks an additional five (5) pages in order to afford enough additional space to address the issues and will make every attempt to be as concise and forthright with the Court as possible.

WHEREFORE, for good cause shown, the Plaintiff respectfully requests that the Court extend the page limitation for Plaintiff's Brief in Response to Defendant's Motion for Summary Judgment from twenty-five (25) pages to thirty (30) pages.

DATED this 21st day of August, 2014

Respectfully Submitted,

Teri Lynn Hinkle

Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I presented the foregoing copies of **CONSENT MOTION OF PLAINTIFF TO EXCEED PAGE LIMIT,** to **Mathew B. Ames, and Joshua M. Moore, Balch & Bingham LLP**, Counsel for Defendants, **MIDLAND CREDIT MANAGEMENT, MIDLAND FUNDING LLC., AND ENCORE CAPITAL GROUP, INC.** via USPS on August 21, 2014.

Sent to:

Mathew B. Ames & Joshua M. Moore
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd. N.W.
Suite 700
Atlanta, Georgia 30308-3036

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023



U.S. POSTAGE PAID
EASTMAN, GA
31023
AUG 21, 14
AMOUNT
$1.19
0082219-03





30903

Clerk of U.S. Dist. Court
P.O. Box 1130
Augusta, GA
30903

Hinkle
322 Bethel St.
Eastman, GA
31023