ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 AUG 26  PM 4: 23

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

TERI L. HINKLE,                    *
                                   *
     Plaintiff,                    *
                                   *
v.                                 *   CASE NO.  CV 313-033
                                   *
MIDLAND CREDIT                     *
MANAGEMENT, INC., MIDLAND          *
FUNDING, LLC, and ENCORE           *
CAPITAL GROUP, INC.,               *
                                   *
     Defendants.                   *
                                   *

## O R D E R

Before the Court is Plaintiff's motion for extension of time to respond to Defendants' motion for summary judgment and Plaintiff's motion for leave to file excess pages. Both motions are **GRANTED**.

On July 28, 2014, Defendants filed a motion for summary judgment. Plaintiff represents that she received the motion on July 30, 2014. Three days before Plaintiff's response was due, Plaintiff filed a motion requesting a twenty-one (21) day extension of time. An extension is needed, Plaintiff asserts, because of the complexity of the case and the fact that she is proceeding pro se and has no staff to assist her. Plaintiff certifies that Defendants do not object to the extension.

On August 25, 2014, Plaintiff requested leave to file five (5) additional pages in her response because of the complexity of the case and her lack of staff support.

Upon due consideration, Plaintiff's motion for an extension to respond to Defendants' motion for summary judgment (doc. no. 89) is **GRANTED**. The last day for Plaintiff to file her response is September 9, 2014. Plaintiff's motion for leave to file excess pages (doc. no. 91) is also **GRANTED**. Plaintiff's new page limit for her response is thirty (30) pages.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of August, 2014.

UNITED STATES DISTRICT JUDGE