IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TERI LYNN HINKLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 313-033 |
| ) | |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff's motion to stay deadlines in this case is **MOOT** (doc. no. 95) in light of the Court's September 3, 2014 Order which directed Plaintiff to file the entirety of her response to Defendants' motion for summary judgment under seal on the deadline set by the presiding District Judge, September 9, 2014. As the Court explained in its September 3rd Order, the Clerk shall maintain the materials in a secure file pending a final ruling by the Court on the motion to seal. (See doc. no. 93.)

The **CLERK** is **DIRECTED** to serve a copy of this Order on Plaintiff electronically and by United States mail.

SO ORDERED this 5th day of September, 2014, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA