IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| **TERI LYNN HINKLE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action File No. |
| **MIDLAND CREDIT** ) | 3:13-cv-00033-DHB-BKE |
| **MANAGEMENT, INC., MIDLAND** ) | |
| **FUNDING, LLC, and ENCORE** ) | |
| **CAPITAL GROUP, INC.,** ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF INTENT TO FILE REPLY BRIEF TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Please take notice that pursuant to Local Rule 7.6, upon the expiration of fourteen (14) days from the date of service of Plaintiff's Memorandum in Opposition to Defendants Motion for Summary Judgment (hereinafter "Response"), Defendants Midland Credit Management, Inc., Midland Funding, LLC and Encore Capital Group, Inc. intends to file a Reply Brief to said Response with the Clerk of Court using the CM/ECF system.

[SIGNATURE ON FOLLOWING PAGE]

1

200268.1

This 11th day of September, 2014.

                        **BALCH & BINGHAM LLP**

                        */s/ Matthew B. Ames*
                        MATTHEW B. AMES
                        Georgia Bar No. 015898
                        JOSHUA M. MOORE
                        Georgia Bar No. 520030
                        30 Ivan Allen Jr. Blvd. NW, Suite 700
                        Atlanta, Georgia  30308
                        Telephone:  (404) 261-6020
                        Facsimile: (404) 261-3756

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF INTENT TO FILE REPLY BRIEF TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT has been served upon the following by causing a copy of the same to be electronically filed with the Clerk of Court using the CM/ECF system and by United States Mail, properly addressed and postage prepaid, on this 11th day of September, 2014.

>
> Teri Lynn Hinkle
> 322 Bethel Street
> Eastman, Georgia 31023

>
> /s/ Matthew B. Ames
> Matthew B. Ames
> Georgia Bar No. 015898

200268.1