UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 SEP 29 AM 10:14

CLERK
SO. DIST. OF GA.

Teri Lynn Hinkle
   *Plaintiff,*

vs

MIDLAND CREDIT
MANAGEMENT INC.
MIDLAND FUNDING, LLC.
ENCORE CAPITAL GROUP INC.
   *Defendants.*

Case No. 3:13-CV-00033

## MOTION TO SUPPLEMENT PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF THIS COURT:

    Plaintiff, Teri Lynn Hinkle, although fully aware of the fact that there is no provision for doing a response to a reply states the following: Either intentionally or unintentionally the Defendants have omitted a key component of a document entered into the record in their Reply Memorandum in Support of their Motion for Summary Judgment (Doc. 101). Specifically this component is an Errata Sheet which should have been attached to the Defendants Exhibit A, Deposition of Teri Lynn Hinkle. The Errata Sheet clearly establishes corrections to answers Plaintiff was unable to clarify during the deposition and relevant to claims made by the Defendants in their motions. The omission of the Errata Sheet to the deposition renders it an incomplete record.

Page 1 of 2

WHEREFORE, for the above stated reason Plaintiff moves this Honorable Court to accept the attached Errata Sheet as an Amended Attachment to the Plaintiff's Appendix of Exhibits in her Memorandum in Opposition (Doc. 97) to Defendants Motion for Summary Judgment.

DATED this 25th day of September, 2014

Respectfully Submitted,

*/s/ Teri L. Hinkle*

Teri Lynn Hinkle

Page 1

TERI LYNN HINKLE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION
STATE OF GEORGIA

**CERTIFIED COPY**

TERI LYNN HINKLE,                )
                                 )
      Plaintiff,                 )
                                 )
vs.                              )
                                 ) Civil Action File No.
MIDLAND CREDIT                   ) 3:13-CV-00033
MANAGEMENT INC.,                 )
MIDLAND FUNDING LLC,             )
and ENCORE CAPITAL               )
GROUP, INC.,                     )
                                 )
      Defendants.                )
                                 )
                                 )

- - -

Deposition of TERI LYNN HINKLE

(Taken by Defendants)

Eastman, Georgia
March 11, 2014

Reported by:   Lynne C. Fulwood
               Certified Court Reporter


Job No.:       71362

Page 153

1. NAME OF CASE: Teri Lynn Hinkle v Midland Credit Management, Inc., Midland Funding LLC, Encore Capitol Group Inc.
2. DATE OF DEPOSITION: March 11, 2014
3. NAME OF WITNESS: Teri Lynn Hinkle
4. Reason Codes:
5.    1. To clarify the record.
6.    2. To conform to the facts.
7.    3. To correct transcription errors.
8. Page _59_ Line _22_ Reason _3_
9. From "like my debit card" to "like a debit card"
10. Page _62_ Line _11_ Reason _3_
11. From "phone I have" to "phone I had"
12. Page _70_ Line _11_ Reason _1 & 2_
13. From _whole statement_ to _was mistaken they were not on the credit report. The name was familiar because of defendants_
14. Page ___ Line ___ Reason _interrogatory answers, have_
15. From ___ to _never been contacted by them_
16. Page _100_ Line _16-25_ Reason _1 & 2_
17. From _whole line of_ to _Defendants Anything at any time_
18. Page _Questioning misleading_ Line ___ Reason _anything at any time for me_
19. From _misleading_ to _Also on checking dates I know positively I was in_
20. Page _101_ Line _2-5_ Reason _Georgia over Christmas of 2008 as it was my granddaughters_
21. From ___ to _First Christmas. In Sept. and Nov. of 2008 I was out of the_
22. Page ___ Line ___ Reason _Country. It is not possible I made_
23. From ___ to _any payments to the Midland Defendants EVER_
24. _Counsel did not reveal the_
25. [signature: Teri A Hinkle] _payment was supposedly made to them!_

## **CERTIFICATE OF SERVICE**

I hereby certify that I presented the foregoing copies of **PLAINTIFF'S MOTION TO SUPPLEMENT PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT,** to **Mathew B. Ames, and Joshua M. Moore, Balch & Bingham LLP,** Counsel for Defendants, **MIDLAND CREDIT MANAGEMENT, MIDLAND FUNDING LLC., AND ENCORE CAPITAL GROUP, INC.** via USPS on September 25, 2014.

Sent to:

Mathew B. Ames & Joshua M. Moore
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd. N.W.
Suite 700
Atlanta, Georgia 30308-3036

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

U.S. POSTAGE
PAID
EASTMAN, GA
31023
SEP 25, 14
AMOUNT
$1.19
00013130-06

Hinkle
322 Bethel St.
Eastman, Georgia
31023

Clerk of U.S. Dist. Court
P.O. Box 1130
Augusta, Georgia
30905