AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TERI LYNN HINKLE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV313-033

MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, and ENCORE CAPITAL GROUP, INC.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the order of this Court Entered on January 6, 2015, the Defendants' motion for summary judgment is GRANTED, judgment is ENTERED in favor of the Defendants and against the Plaintiff, and this case stands CLOSED. Costs are taxed in favor of Defendants.

| | |
|---|---|
| January 6, 2015 | Scott L. Poff |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03