UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Teri Lynn Hinkle<br>*Plaintiff*,<br><br>vs<br><br>**MIDLAND CREDIT<br>MANAGEMENT INC.<br>MIDLAND FUNDING, LLC.<br>ENCORE CAPITAL GROUP INC.**<br>*Defendants.* | Case No. 3:13-CV-00033 |

## NOTICE OF APPEAL

Notice is hereby given that Teri Lynn Hinkle in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the ruling of this Court, Doc. 105 granting Defendant's Motion for Summary Judgment entered in this action on the 6th day of January, 2015.

DATED this 27th day of January, 2015

Respectfully Submitted,

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and correct copy of the foregoing document to the below listed persons via USPS First Class mail on January 27, 2015.

Mathew B. Ames & Joshua M. Moore
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd. N.W.
Suite 700
Atlanta, Georgia 30308-3036

Teri Lynn Hinkle

Hinkle
352 Bethel St.
Eastman, GA
31023

Clerk of U.S. District Court
P.O. Box 1130
Augusta, Georgia
30903



U.S. POSTAGE PAID
EASTMAN, GA
31023
JAN 27 15
AMOUNT
$0.98
0003024703