AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| Teri Lynn Hinkle | ) |
|---|---|
|  | ) |
| v. | )  Case No.: 3:13-cv-00033-DHB-BKE |
| Midland Credit Management, Inc., et al. | ) |
|  | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  __01/06/2015__  against  __Plaintiff Teri Lynn Hinkle__ ,
                                                                                    *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .............................................................. | $ 218.00 |
| Fees for service of summons and subpoena ........................................ | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 1,344.85 |
| Fees and disbursements for printing ............................................... | 66.60 |
| Fees for witnesses *(itemize on page two)* ............................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .................................................. | 0.00 |
| Docket fees under 28 U.S.C. 1923 ................................................ | 0.00 |
| Costs as shown on Mandate of Court of Appeals ..................................... | 0.00 |
| Compensation of court-appointed experts .......................................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* ....................................................... | 0.00 |
| TOTAL | $ 1,629.45 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service    ☑ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   /s/ Matthew B. Ames

   Name of Attorney:  Matthew B. Ames

For:  __Defendants Midland Credit Management, Inc., et al.__     Date:  __02/02/2015__
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
       *Clerk of Court*                *Deputy Clerk*                *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
RULE 54(d)(1)

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

RULE 6

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

RULE 58(e)

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# Exhibit A

## Itemization of Costs

**Fees of the Clerk**

| | | |
|---|---|---|
| 1. Pro Hac Vice Admission | | $200.00 |
| 2. Certificate of Good Standing | | $18.00 |
| | Total | **$218.00** |

**Fees for printed or electronically recorded**
**Transcripts necessarily obtained for use in the case**

| | | |
|---|---|---|
| 1. Hearing on Motion to Compel transcript fee | | $150.00 |
| 2. Deposition of Teri Hinkle transcript fees | | $1,194.85 |
| | Total | **$1,344.85** |

**Fees and disbursement for printing**

| | | |
|---|---|---|
| 1. Photocopying | | **$66.60** |
| | **Total** | **$1,629.45** |

Billed and Unbilled Recap Of Cost Detail - [008141.358 - Teri Lynn Hinkle v. Midland Credit Management, Inc., et al.]  Page 1
Client:008141 - Encore Capital Group, Inc.   2/2/2015 12:44:50 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/24/2014 | 0280 | Jonathan P. Dyal | 002 | 1.00 | 0.80 | 0.80 | Phone Number - 18585051244 | 2326970 |
| 05/22/2014 | | Invoice=555162 | | 1.00 | 0.80 | 0.80 | ^Call Destination - San Dieg CA | |
| | | | | | | | Duration (sec.) - 454 | |
| 04/25/2014 | 0280 | Jonathan P. Dyal | 020 | 1.00 | 10.00 | 10.00 | Paid to the Order of - Mississippi Supreme | 2325666 |
| 05/22/2014 | | Invoice=555162 | | 1.00 | 10.00 | 10.00 | Court /Good Standing Certificate | |
| | | Voucher=339305 Paid | | | | | Vendor=Mississippi Supreme Court  Balance= .00  Amount= 20.00 | |
| | | | | | | | Paid: 13196  04/25/2014 | |
| 04/25/2014 | 0280 | Jonathan P. Dyal | 020 | 1.00 | 10.00 | 10.00 | Paid to the Order of - Mississippi Supreme | 2325667 |
| 05/22/2014 | | Invoice=555162 | | 1.00 | 10.00 | 10.00 | Court /Good Standing Certificate | |
| | | Voucher=339305 Paid | | | | | Vendor=Mississippi Supreme Court  Balance= .00  Amount= 20.00 | |
| | | | | | | | Paid: 13196  04/25/2014 | |
| 04/25/2014 | 1363 | Angie Groves | 003 | 187.00 | 0.20 | 37.40 | Photocopying | 2327327 |
| 05/22/2014 | | Invoice=555162 | | 187.00 | 0.10 | 18.70 | | |
| 04/30/2014 | 0280 | Jonathan P. Dyal | 002 | 1.00 | 0.60 | 0.60 | Phone Number - 18585603524 | 2327759 |
| 05/22/2014 | | Invoice=555162 | | 1.00 | 0.60 | 0.60 | ^Call Destination - San Dieg CA | |
| | | | | | | | Duration (sec.) - 309 | |
| 05/06/2014 | 0280 | Jonathan P. Dyal | 004 | 1.00 | 0.48 | 0.48 | Postage Expense | 2332520 |
| 06/11/2014 | | Invoice=556368 | | 1.00 | 0.48 | 0.48 | | |
| 05/07/2014 | 2248 | Ashleigh Murray | 020 | 1.00 | 18.00 | 18.00 | Paid to the Order of - Clerk, USDC Certificate | 2328841 |
| 06/11/2014 | | Invoice=556368 | | 1.00 | 18.00 | 18.00 | of Good Standing for Attorney Joshua M Moore | |
| | | Voucher=340088 Paid | | | | | Vendor=Clerk, USDC  Balance= .00  Amount= 18.00 | |
| | | | | | | | Paid: 6481  05/07/2014 | |
| 05/07/2014 | 0280 | Jonathan P. Dyal | 002 | 1.00 | 0.30 | 0.30 | Phone Number - 18585603596 | 2331086 |
| 06/11/2014 | | Invoice=556368 | | 1.00 | 0.30 | 0.30 | ^Call Destination - San Dieg CA | |
| | | | | | | | Duration (sec.) - 128 | |
| 05/07/2014 | 1965 | Beth Marshall | 002 | 1.00 | 0.30 | 0.30 | Phone Number - 14782722121 | 2331087 |
| 06/11/2014 | | Invoice=556368 | | 1.00 | 0.30 | 0.30 | ^Call Destination - Dublin GA | |
| | | | | | | | Duration (sec.) - 144 | |
| 05/12/2014 | 0280 | Jonathan P. Dyal | 002 | 1.00 | 1.00 | 1.00 | Phone Number - 18585602600 | 2331088 |
| 06/11/2014 | | Invoice=556368 | | 1.00 | 1.00 | 1.00 | ^Call Destination - San Dieg CA | |
| | | | | | | | Duration (sec.) - 592 | |
| 05/13/2014 | 2213 | Michelle Bradshaw | 002 | 1.00 | 0.40 | 0.40 | Phone Number - 17068484400 | 2330535 |
| 06/11/2014 | | Invoice=556368 | | 1.00 | 0.40 | 0.40 | ^Call Destination - Augusta GA | |
| | | | | | | | Duration (sec.) - 199 | |
| 05/13/2014 | 0280 | Jonathan P. Dyal | 002 | 1.00 | 0.40 | 0.40 | Phone Number - 18585603524 | 2331089 |
| 06/11/2014 | | Invoice=556368 | | 1.00 | 0.40 | 0.40 | ^Call Destination - San Dieg CA | |
| | | | | | | | Duration (sec.) - 184 | |
| 05/14/2014 | 0349 | Matthew B. Ames | 003 | 106.00 | 0.20 | 21.20 | Photocopying | 2330536 |
| 06/11/2014 | | Invoice=556368 | | 106.00 | 0.10 | 10.60 | | |
| 05/16/2014 | 2213 | Michelle Bradshaw | 002 | 1.00 | 0.10 | 0.10 | Phone Number - 17068236468 | 2331879 |
| 06/11/2014 | | Invoice=556368 | | 1.00 | 0.10 | 0.10 | ^Call Destination - Augusta GA | |
| | | | | | | | Duration (sec.) - 60 | |
| 05/16/2014 | 2213 | Michelle Bradshaw | 002 | 1.00 | 0.20 | 0.20 | Phone Number - 17068484400 | 2331880 |
| 06/11/2014 | | Invoice=556368 | | 1.00 | 0.20 | 0.20 | ^Call Destination - Augusta GA | |
| | | | | | | | Duration (sec.) - 65 | |
| 05/20/2014 | 0280 | Jonathan P. Dyal | 002 | 1.00 | 0.20 | 0.20 | Phone Number - 18585603524 | 2333781 |
| 06/11/2014 | | Invoice=556368 | | 1.00 | 0.20 | 0.20 | ^Call Destination - San Dieg CA | |
| | | | | | | | Duration (sec.) - 95 | |
| 05/23/2014 | 0349 | Matthew B. Ames | 003 | 22.00 | 0.20 | 4.40 | Photocopying | 2332217 |
| 06/11/2014 | | Invoice=556368 | | 22.00 | 0.10 | 2.20 | | |
| 05/23/2014 | 3082 | Josh M. Moore | 002 | 1.00 | 0.30 | 0.30 | Phone Number - 17068494404 | 2333782 |
| 06/11/2014 | | Invoice=556368 | | 1.00 | 0.30 | 0.30 | ^Call Destination - Augusta GA | |
| | | | | | | | Duration (sec.) - 153 | |
| 05/27/2014 | 0349 | Matthew B. Ames | 020 | 1.00 | 150.00 | 150.00 | Paid to the Order of - Joan Mobley, CCR, CVR | 2332150 |
| 06/11/2014 | | Invoice=556368 | | 1.00 | 150.00 | 150.00 | payment for transcript of Motion to Compel | |
| | | | | | | | hearing held on May 7, 2014 | |

Billed and Unbilled Recap Of Cost Detail - [008141.358 - Teri Lynn Hinkle v. Midland Credit Management, Inc., et al.]   Page 2
Client:008141 - Encore Capital Group, Inc.   2/2/2015 12:44:50 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | Voucher=341379 Paid | | | | | Vendor=Joan Mobley, CCR, CVR  Balance= .00  Amount= 150.00 | |
| | | | | | | | Paid: 392002  05/30/2014 | |
| 05/27/2014 | 0349 | Matthew B. Ames | 003 | 16.00 | 0.20 | 3.20 | Photocopying | 2332416 |
| 06/11/2014 | | Invoice=558368 | | 16.00 | 0.10 | 1.60 | | |
| 06/03/2014 | 1965 | Beth Marshall | 003 | 78.00 | 0.20 | 15.60 | Photocopying | 2339407 |
| 07/14/2014 | | Invoice=558463 | | 78.00 | 0.10 | 7.80 | | |
| 06/10/2014 | 2248 | Ashleigh Murray | 020 | 1.00 | 200.00 | 200.00 | Paid to the Order of - Regions Bank Visa | 2335637 |
| 07/14/2014 | | Invoice=558463 | | 1.00 | 200.00 | 200.00 | 05/27/14 USDC Courts | |
| | | Voucher=342622 Paid | | | | | Vendor=Regions Bank Visa  Balance= .00  Amount= 2727.72 | |
| | | | | | | | Paid: 392427  06/10/2014 | |
| 06/11/2014 | 0280 | Jonathan P. Dyal | 002 | 1.00 | 0.60 | 0.60 | Phone Number - 18585603524 | 2337799 |
| 07/14/2014 | | Invoice=558463 | | 1.00 | 0.60 | 0.60 | ^Call Destination - San Dieg CA | |
| | | | | | | | Duration (sec.) - 308 | |
| 06/18/2014 | 3082 | Josh M. Moore | 003 | 3.00 | 0.20 | 0.60 | Photocopying | 2337575 |
| 07/14/2014 | | Invoice=558463 | | 3.00 | 0.10 | 0.30 | | |
| 06/19/2014 | 2248 | Ashleigh Murray | 003 | 15.00 | 0.20 | 3.00 | Photocopying | 2337800 |
| 07/14/2014 | | Invoice=558463 | | 15.00 | 0.10 | 1.50 | | |
| 06/20/2014 | 2248 | Ashleigh Murray | 003 | 43.00 | 0.20 | 8.60 | Photocopying | 2338108 |
| 07/14/2014 | | Invoice=558463 | | 43.00 | 0.10 | 4.30 | | |
| 06/20/2014 | 0280 | Jonathan P. Dyal | 004 | 1.00 | 2.03 | 2.03 | Postage Expense | 2338579 |
| 07/14/2014 | | Invoice=558463 | | 1.00 | 2.03 | 2.03 | | |
| 06/30/2014 | 3082 | Josh M. Moore | 004 | 1.00 | 0.69 | 0.69 | Postage Expense | 2340398 |
| 07/14/2014 | | Invoice=558463 | | 1.00 | 0.69 | 0.69 | | |
| 07/11/2014 | 2248 | Ashleigh Murray | 003 | 16.00 | 0.20 | 3.20 | Photocopying | 2342339 |
| 08/15/2014 | | Invoice=560597 | | 16.00 | 0.10 | 1.60 | | |
| 07/18/2014 | 3186 | Chase Espy | 006W | 1.00 | 37.62 | 37.62 | Westlaw Research Performed by | 2344215 |
| 08/15/2014 | | Invoice=560597 | | 1.00 | 0.00 | 0.00 | Chase Espy | |
| 07/22/2014 | 3186 | Chase Espy | 006W | 1.00 | 18.81 | 18.81 | Westlaw Research Performed by | 2345415 |
| 08/15/2014 | | Invoice=560597 | | 1.00 | 0.00 | 0.00 | Chase Espy | |
| 07/22/2014 | 0280 | Jonathan P. Dyal | 002 | 1.00 | 1.10 | 1.10 | Phone Number - 18585603524 | 2346670 |
| 08/15/2014 | | Invoice=560597 | | 1.00 | 1.10 | 1.10 | ^Call Destination - San Dieg CA | |
| | | | | | | | Duration (sec.) - 660 | |
| 07/22/2014 | 0280 | Jonathan P. Dyal | 002 | 1.00 | 1.80 | 1.80 | Phone Number - 18585602600 | 2346671 |
| 08/15/2014 | | Invoice=560597 | | 1.00 | 1.80 | 1.80 | ^Call Destination - San Dieg CA | |
| | | | | | | | Duration (sec.) - 1047 | |
| 07/28/2014 | 0280 | Jonathan P. Dyal | 004 | 1.00 | 5.32 | 5.32 | Postage Expense | 2345823 |
| 08/15/2014 | | Invoice=560597 | | 1.00 | 5.32 | 5.32 | | |
| 09/02/2014 | 0280 | Jonathan P. Dyal | 002 | 1.00 | 0.50 | 0.50 | Phone Number - 18585051244 | 2353740 |
| 10/09/2014 | | Invoice=563862 | | 1.00 | 0.50 | 0.50 | ^Call Destination - San Dieg CA | |
| | | | | | | | Duration (sec.) - 297 | |
| 09/02/2014 | 0280 | Jonathan P. Dyal | 002 | 1.00 | 0.40 | 0.40 | Phone Number - 18585051244 | 2353741 |
| 10/09/2014 | | Invoice=563862 | | 1.00 | 0.40 | 0.40 | ^Call Destination - San Dieg CA | |
| | | | | | | | Duration (sec.) - 199 | |
| 09/10/2014 | 3186 | Chase Espy | 006W | 1.00 | 225.34 | 225.34 | Westlaw Research Performed by | 2355445 |
| 10/09/2014 | | Invoice=563862 | | 1.00 | 0.00 | 0.00 | Chase Espy | |
| 09/12/2014 | 3132 | Jason Tompkins | 006W | 1.00 | 94.05 | 94.05 | Westlaw Research Performed by | 2355446 |
| 10/09/2014 | | Invoice=563862 | | 1.00 | 0.00 | 0.00 | Jason Tompkins | |
| 09/12/2014 | 3227 | Jeremy Glassford | 006W | 1.00 | 75.24 | 75.24 | Westlaw Research Performed by | 2355447 |
| 10/09/2014 | | Invoice=563862 | | 1.00 | 0.00 | 0.00 | Jeremy Glassford | |
| 09/12/2014 | 0280 | Jonathan P. Dyal | 004 | 1.00 | 1.17 | 1.17 | Postage Expense | 2355764 |
| 10/09/2014 | | Invoice=563862 | | 1.00 | 1.17 | 1.17 | | |
| 09/15/2014 | 3227 | Jeremy Glassford | 006W | 1.00 | 112.86 | 112.86 | Westlaw Research Performed by | 2356919 |
| 10/09/2014 | | Invoice=563862 | | 1.00 | 0.00 | 0.00 | Jeremy Glassford | |

Billed and Unbilled Recap Of Cost Detail - [008141.358 - Teri Lynn Hinkle v. Midland Credit Management, Inc., et al.]     Page 3
Client:008141 - Encore Capital Group, Inc.   2/2/2015 12:44:50 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 09/16/2014 | 3186 | Chase Espy | 006W | 1.00 | 18.62 | 18.62 | Westlaw Research Performed by | 2356920 |
| 10/09/2014 | | Invoice=563862 | | 1.00 | 0.00 | 0.00 | Chase Espy | |
| 09/18/2014 | 0280 | Jonathan P. Dyal | 004 | 1.00 | 1.82 | 1.82 | Postage Expense | 2356826 |
| 10/09/2014 | | Invoice=563862 | | 1.00 | 1.82 | 1.82 | | |
| 09/19/2014 | 3186 | Chase Espy | 006W | 1.00 | 130.91 | 130.91 | Westlaw Research Performed by | 2356921 |
| 10/09/2014 | | Invoice=563862 | | 1.00 | 0.00 | 0.00 | Chase Espy | |
| 09/19/2014 | 3186 | Chase Espy | 006W | 1.00 | 187.53 | 187.53 | Westlaw Research Performed by | 2356922 |
| 10/09/2014 | | Invoice=563862 | | 1.00 | 0.00 | 0.00 | Chase Espy | |
| 09/23/2014 | 3186 | Chase Espy | 006W | 1.00 | 74.86 | 74.86 | Westlaw Research Performed by | 2358705 |
| 10/09/2014 | | Invoice=563862 | | 1.00 | 0.00 | 0.00 | Chase Espy | |
| 10/01/2014 | 0280 | Jonathan P. Dyal | 006 | 1.00 | 34.50 | 34.50 | Accurint Research | 2361321 |
| 11/17/2014 | | Invoice= | | 0.00 | 0.00 | 0.00 | | |
| 10/03/2014 | 3186 | Chase Espy | 006W | 1.00 | 75.05 | 75.05 | Westlaw Research Performed by | 2359671 |
| 11/17/2014 | | Invoice= | | 0.00 | 0.00 | 0.00 | Chase Espy | |
| 10/03/2014 | 3186 | Chase Espy | 006W | 1.00 | 24.00 | 24.00 | Westlaw Research Performed by | 2359672 |
| 11/17/2014 | | Invoice= | | 0.00 | 0.00 | 0.00 | Chase Espy | |
| 10/08/2014 | 0280 | Jonathan P. Dyal | 004 | 1.00 | 0.69 | 0.69 | Postage Expense | 2361277 |
| 11/17/2014 | | Invoice=566508 | | 1.00 | 0.69 | 0.69 | | |
| | | BILLED TOTALS: WORK: | | | | 1,615.79 | 50 records | |
| | | BILLED TOTALS: BILL: | | | | 467.80 | | |
| | | GRAND TOTAL: WORK: | | | | 1,615.79 | 50 records | |
| | | GRAND TOTAL: BILL: | | | | 467.80 | | |



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 3/31/2014
INVOICE # 031114-320704

**Bill To:** K. Ann Broussard Esq.
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521

**CASE:** Teri Lynn Hinkle v. Midland Credit Management
**WITNESS:** Teri Lynn Hinkle
**DATE:** 3/11/2014
**LOCATION:** Eastman, GA

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period.
Includes shipping for materials sent to witness for read & sign purposes.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 154 | $4.95 | $762.30 |
| Original Transcript - Early AM Pages | 25 | $2.00 | $50.00 |
| Reporter Appearance Fee / First Hour | 1 | $90.00 | $90.00 |
| Reporter App Fee / Each Additional Hour | 2.5 | $40.00 | $100.00 |
| Reporter Appearance Fee / Add'l Early AM Hour | 0.5 | $60.00 | $30.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - On-Site - B&W | 205 | $0.40 | $82.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 137 | $0.15 | $20.55 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,134.85 |
| | | SHIPPING & HANDLING | $60.00 |
| | | TOTAL | $1,194.85 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

## VERIFICATION

The undersigned Matthew B. Ames, being first duly sworn, states as follows:

I am counsel of record in the above-styled case. I have read the foregoing Bill of Costs and verify that the facts stated therein are true and correct according to my present knowledge and belief.

/s/ *Matthew B. Ames*
Matthew B. Ames
Georgia Bar No. 015898
*Attorney for Defendants*

204481.1