UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| **Teri Lynn Hinkle**<br>*Plaintiff,*<br><br>vs<br><br>**MIDLAND CREDIT MANAGEMENT INC.**<br>**MIDLAND FUNDING, LLC.**<br>**ENCORE CAPITAL GROUP INC.**<br>*Defendants.* | )<br>)<br>)<br>)  **Case No. 3:13-CV-00033**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### RE: 11TH Circuit Court of Appeals, Appeal number 15-10398-F

Please find enclosed the docket and filing fees for the above referenced appeal pursuant to instructions from the 11th Circuit Court of Appeals, (copy enclosed).

Please mail me the Transcript Information Form also referenced in the letter.

```
Court Name: Southern District of Georgia
Division: 1
Receipt Number: AUG017807
Cashier ID: ahogan
Transaction Date: 02/12/2015
Payer Name: TERI LYNN HINKLE
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: TERI LYNN HINKLE
 Case/Party: D-GAS-3-13-CV-000033-001
 Amount:         $505.00
----------------------------------
MONEY ORDER
 Check/Money Order Num: 22449820195
 Amt Tendered: $505.00
----------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00
```

DATED this 10th day of February, 2015

Respectfully,

*/s/ Teri L. Hinkle*

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
478-374-4132