IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
TERI LYNN HINKLE,               *
                                *
     Plaintiff,                 *       CV 313-033
                                *
     v.                         *
                                *
MIDLAND CREDIT                  *
MANAGEMENT, INC., MIDLAND       *
FUNDING, LLC, and ENCORE        *
CAPITAL GROUP, INC.,            *
                                *
     Defendant.                 *
```

## O R D E R

On January 6, 2015, this Court granted Defendants Motion for Summary Judgment (Doc. no. 85). (Doc. no. 105.) Pursuant to the grant of summary judgment in favor of Defendants on all of Plaintiff's claims, this case was closed. (Doc. no. 106.) On January 30, 2015, Plaintiff filed her Notice of Appeal to the Court of Appeals for the Eleventh Circuit as to the Court's grant of summary judgment in favor of Defendants on all of Plaintiff's claims. (Doc. no. 107.) The Eleventh Circuit has now reversed the grant of summary judgment in favor of Defendants on Plaintiff's claims under 15 U.S.C. § 1681s-2(b), and affirmed the grant of summary judgment in favor of Defendants on all of Plaintiff's other claims. (See Hinkle v. Midland Credit Management, Inc., et al., No. 15-10398 (11th Cir. July 11, 2016), Doc. no. 112.)

Accordingly, **IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**IT IS FURTHER ORDERED** that this case is hereby reopened and the case is placed on the active docket of this Court.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE