**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION**

| | |
|---|---|
| **TERI LYNN HINKLE,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>)<br>**MIDLAND CREDIT MANAGEMENT,** )<br>**INC., MIDLAND FUNDING, LLC, and** )<br>**ENCORE CAPITAL GROUP, INC.,** )<br>)<br>    **Defendants.** ) | **Civil Action No.<br>3:13-cv-00033-DHB-BKE** |

## NOTICE OF APPEARANCE OF LEAD COUNSEL

Hugh B. McNatt, of the law firm of Balch & Bingham LLP, hereby enters his appearance in the above-captioned matter as lead counsel for Defendants Midland Credit Management, Inc., Midland Funding, LLC, and Encore Capital Group, Inc. Notices and other materials should be sent to:

Hugh B. McNatt<br>
Balch & Bingham LLP<br>
30 Ivan Allen Jr. Blvd, NW, Suite 700<br>
Atlanta, GA 30308<br>
hmcnatt@balch.com

This 7th day of September, 2016.

*/s/ Hugh B. McNatt*
Hugh B. McNatt
Georgia Bar No. 498300
Matthew B. Ames
Georgia Bar No. 015898
*Attorneys for Defendants*

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd, NW, Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3756
hmcnatt@balch.com
mames@balch.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September, 2016, a copy of the foregoing **Notice of Appearance of Lead Counsel** has been filed with the Clerk of Court using the CM/ECF system and served by United States Mail, postage prepaid and addressed to the following:

> Teri Lynn Hinkle
> 322 Bethel Street
> Eastman, GA 31023

> */s/ Hugh B. McNatt*
> Hugh B. McNatt
> Georgia Bar No. 498300