UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 OCT 13  AM 9: 50
CLERK_____
SO. DIST. OF GA.

Teri Lynn Hinkle )
   *Plaintiff,* )
)
vs ) Case No. 3:13-CV-00033
)
)
MIDLAND CREDIT )
MANAGEMENT, INC. )
MIDLAND FUNDING, LLC. )
ENCORE CAPITAL GROUP INC. )
   *Defendants.* )

## PLAINTIFF'S MOTION FOR CONTINUANCE

Plaintiff asks this Court to continue this case for at least 90 days.

### Introduction

1. Plaintiff is Teri Lynn Hinkle; Defendants are Midland Credit Management Inc., Midland Funding LLC, and Encore Capital Group Inc.

2. Plaintiff sued defendants for violations of the FCRA, FDCPA and TCPA in the District Court for the Southern District of Georgia, Dublin Division.

3. The TCPA claims were dismissed by Plaintiff. The FDCPA claims were resolved in Summary Judgment while the FCRA claim under 15 U.S.C. § 1681s-2(b) was remanded by the 11th Circuit Court of Appeals back to the District Court for further proceedings and trial.

4. This case is not yet set for trial but the Order of this Court that accompanied Doc. 114 sets a deadline of October 21, 2016 for filing of a joint consolidated proposed pretrial order.

## Request for Continuance

5. Plaintiff asks the Court to continue this case for 90 days in order for Plaintiff to find and retain competent counsel. Plaintiff was under the impression that she had secured counsel that was going to represent her in further matters before the court including trial. At the eleventh hour late in the day on October 7, 2016 Plaintiff was unexpectedly informed that counsel she thought was going to represent her was not going to be able to do so because of time constraints and other matters.

6. This request for continuance is not for delay only, but so Plaintiff may find competent counsel to represent her and justice may be done.

## Conclusion

7. For these reasons, the Plaintiff asks the Court to continue this case for at least 90 days.

8. Plaintiff certifies that she has attempted to confer with Defendant's counsel via email and has received no answer as to whether or not the Defendants oppose this motion.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant her motion for continuance for 90 days on all further proceedings, including trial in this matter.

Respectfully Submitted,

*[signature]*
Teri Lynn Hinkle
322 Bethel St.
Eastman, Georgia 31023
478-374-4132

## CERTIFICATE OF SERVICE

I hereby certify that I presented the foregoing copies of **PLAINTIFF'S MOTION TO FOR CONTINUANCE,** to **Hugh B. McNatt, Mathew B. Ames, and Joshua M. Moore, Balch & Bingham LLP**, Counsel for Defendants, **MIDLAND CREDIT MANAGEMENT, MIDLAND FUNDING LLC., and AND ENCORE CAPITAL GROUP, INC.** via USPS on October 11, 2016.

Sent to:

Hugh B. McNatt
Mathew B. Ames
Joshua M. Moore
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd. N.W.
Suite 700
Atlanta, Georgia 30308-3036

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.


