FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 OCT 19  PM 3: 47

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| TERI LYNN HINKLE, | * | |
| | * | |
| Plaintiff, | * | CV 313-033 |
| | * | |
| v. | * | |
| | * | |
| MIDLAND CREDIT | * | |
| MANAGEMENT, INC.; MIDLAND | * | |
| FUNDING, LLC; and ENCORE | * | |
| CAPITAL GROUP, INC., | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Plaintiff's Motion for Continuance. (Doc. No. 118.) Plaintiff's motion seeks a continuance of upcoming deadlines so that she may find and retain counsel to represent her interests in this matter. (Id. ¶ 5.)

Upon due consideration, Plaintiff's Motion for Continuance (doc. no. 118) is **GRANTED IN PART**. Plaintiff shall endeavor to retain counsel within **thirty (30) days from the entry of this Order**. Retained counsel shall enter a notice of appearance as soon as practicable.

Regardless of whether Plaintiff retains counsel, however, the parties' respective lead counsel - or if Plaintiff is unrepresented, Plaintiff and lead counsel for the Defendant(s) - shall meet and confer, in person or telephonically, and

prepare and file with the Clerk of this Court a joint consolidated proposed pretrial order **by the close of business on December 8, 2016.**

**ORDER ENTERED** at Augusta, Georgia, this 18th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE

2