FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 NOV 23 AM 9: 50
CLERK
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**DUBLIN DIVISION**

| | | |
|---|---|---|
| **TERI LYNN HINKLE** *Plaintiff,* | ) | |
| vs | ) | **Case No. 3:13-CV-00033** |
| **MIDLAND CREDIT MANAGEMENT, INC. MIDLAND FUNDING, LLC. ENCORE CAPITAL GROUP INC.** *Defendants.* | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR SETTLEMENT CONFERENCE**

COMES NOW Plaintiff, TERI LYNN HINKLE who moves this Court to refer the parties' dispute to a settlement conference and states as follows:

1. Plaintiff and Defendants have previously engaged in unsuccessful confidential settlement negotiations.
2. Plaintiff, in good faith seeks a meaningful opportunity to explore settlement as she believes that there is room to reach an amicable agreement between the parties thus resolving this case without the necessity of a trial.
3. Plaintiff requests the Court refer the case to a United States Magistrate Judge for a settlement conference.
4. The parties agree on referral to a Magistrate Judge to assist in resolution of their dispute.
5. Plaintiff certifies that she has conferred with opposing counsel and Defendants do not oppose this motion. *See* attached "Exhibit A"

WHEREFORE the Plaintiff, TERI LYNN HINKLE, requests an Order of Reference from this Court referring the case to a United States Magistrate Judge for a settlement conference and any further relief this Honorable Court deems just and proper.

Respectfully Submitted,

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia
31023

# EXHIBIT A

Gmail

Teri Hinkle <queensongbird@gmail.com>

---

**Fwd: Hinkle v. Midland**
1 message

---

**Teri Hinkle** <queensongbird@gmail.com>
To: queensongbird <queensongbird@gmail.com>

Sun, Nov 20, 2016 at 2:09 PM

---------- Forwarded message ----------
From: **Teri Hinkle** <queensongbird@gmail.com>
Date: Fri, Nov 11, 2016 at 10:12 PM
Subject: Hinkle v. Midland
To: hmcnatt@balch.com, "Ames, Matt" <mames@balch.com>

Mr. McNatt,

Earlier this evening I sent you an email requesting information in preparation for our Joint Consolidated Pretrial Order. One of the matters included in the PTO is in regard to a settlement conference. As you know I previously made a written settlement demand. I intend to motion the Court for a settlement conference before a Magistrate Judge. Please indicate whether or not your client opposes this motion by 2:00 pm EST. on Wednesday, November 16, 2016. Otherwise I will be forced to seek this relief without your cooperation.

Respectfully,

Teri Hinkle

Gmail

Teri Hinkle <queensongbird@gmail.com>

# Hinkle v Midland

1 message

**Ames, Matt** <mames@balch.com> Wed, Nov 16, 2016 at 2:29 PM
To: "queensongbird@gmail.com" <queensongbird@gmail.com>
Cc: "McNatt, Hugh" <hmcnatt@balch.com>

Ms. Hinkle,

We do not oppose your request for a settlement conference.

Matt

Sent from my iPhone

Matthew B. Ames, Partner. Balch & Bingham LLP
30 Ivan Allen Jr. Boulevard. N.W. • Suite 700•Atlanta, GA 30308-3036
t:(404) 962-3531f:(866) 226-2477e: mames@balch.com
www.balch.com

~~

CONFIDENTIALITY: This email and any attachments may be confidential and/or privileged and are therefore protected against copying, use, disclosure or distribution. If you are not the intended recipient, please notify us immediately by replying to the sender and double deleting this copy and the reply from your system.
~~

# CERTIFICATE OF SERVICE

I hereby certify that I presented the foregoing copies of **PLAINTIFF'S UNOPPOSED MOTION FOR SETTLEMENT CONFERENCE,** to **Hugh B. McNatt**, **Mathew B. Ames**, **and Joshua M. Moore, Balch & Bingham LLP**, Counsel for Defendants, **MIDLAND CREDIT MANAGEMENT, MIDLAND FUNDING LLC., and AND ENCORE CAPITAL GROUP, INC.** via USPS on November 20, 2016.

Sent to:

Hugh B. McNatt
Mathew B. Ames
Joshua M. Moore
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd. N.W.
Suite 700
Atlanta, Georgia 30308-3036

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

Hinkle
322 Bethel St.
Eastman, Georgia
31023

U.S. POSTAGE
PAID
EASTMAN, GA
31023
NOV 21, 16
AMOUNT
$1.15
R2305H128067-03

1000 30903

Clerk of U.S. Dist. Court
P.O. Box 1130
Augusta, Georgia
30903