FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 NOV 30 P 3: 41
CLERK CAdams
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA DUBLIN DIVISION**

| | | |
|---|---|---|
| TERI LYNN HINKLE,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING, LLC; and, ENCORE CAPITAL GROUP, INC.,<br><br>Defendants. | * * * * * * * * * * * * * | CV 313-033 |

Presently before the Court is Plaintiff’s unopposed Motion for Settlement Conference. (Doc. No. 120.) Upon due consideration, Plaintiff's Motion for Settlement Conference (doc. no. 120) is **GRANTED. IT IS HEREBY ORDERED** that the parties shall appear before the United States Magistrate Judge Brian K. Epps at his direction for the purpose of a settlement conference. **IT IS FURTHER ORDERED** that the parties shall fully comply with all requirements and conditions for the settlement conference as set forth by the Magistrate Judge.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of November, 2016.

Dudley H. Bowen, Jr.

UNITED STATES DISTRICT JUDGE