**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**DUBLIN DIVISION**

| | |
|---|---|
| **TERI LYNN HINKLE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, and ENCORE CAPITAL GROUP, INC.,**<br><br>**Defendants.** | **Civil Action No. 3:13-cv-00033-DHB-BKE** |

**CONSENT MOTION TO CONTINUE**
**DEADLINE TO SUBMIT CONSOLIDATED PRE-TRIAL ORDER**

Defendants Midland Credit Management, Inc., Midland Funding, LLC, and Encore Capital Group, Inc. (collectively, "Midland"), and Plaintiff Teri Lynn Hinkle hereby jointly and respectfully request that the Court continue the deadline for the parties' submission of the Consolidated Pre-trial Order ("Pre-trial Order") until fourteen (14) days after the forthcoming settlement conference. The parties state the following in support of this motion:

1. On October 19, 2016, the Court granted Plaintiff's unopposed motion to continue the deadline for submission of the Pre-trial Order until December 8, 2016.

2. On November 30, 2016, the Court granted Plaintiff's unopposed motion for a settlement conference.

3. The parties agree that they would mutually benefit from a brief continuance of the deadline to submit the Pre-trial Order from December 8, 2016, until fourteen (14) days after the settlement conference (assuming a settlement is not reached). The settlement conference is expected to take place either in mid- to late December 2016 or early January 2017.

4. The parties submit that the interests of judicial economy would best be served by a brief continuance, that a brief continuance would not result in undue delay, and that no party would be prejudiced thereby.

Accordingly, the parties jointly and respectfully request that the Court enter an order continuing the deadline for the submission of the Consolidated Pre-trial Order from December 8, 2016, until fourteen (14) days after the settlement conference (assuming a settlement is not reached).

Respectfully submitted this the 2nd day of December, 2016.

*/s/ Matthew B. Ames*
Matthew B. Ames
Georgia Bar No. 015898
Balch & Bingham LLP
30 Ivan Allen Jr. Blvd. NW, Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of December, 2016, a copy of the foregoing has been served upon the following by causing a copy of the same to be electronically filed with the Clerk of Court using the CM/ECF system and by electronic mail.

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
queensongbird@gmail.com

*/s/ Matthew B. Ames*
Matthew B. Ames
Georgia Bar No. 015898