FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 DEC -5 P 2:05
CLERK [signature]
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**DUBLIN DIVISION**

TERI LYNN HINKLE, *
*
Plaintiff, * CV 313-033
*
v. *
*
MIDLAND CREDIT *
MANAGEMENT, INC.; MIDLAND *
FUNDING, LLC; and ENCORE *
CAPITAL GROUP, INC., *
*
Defendants. *

**O R D E R**

Before the Court is the parties' Consent Motion to Continue Deadline to Submit Consolidated Pre-Trial Order. (Doc. No. 122.) Upon due consideration, the parties' motion (doc. no. 122) is **GRANTED**. In the event that the parties do not reach a full and final settlement at the settlement conference to be held before the United States Magistrate Judge pursuant to this Court's Order dated November 30, 2016 (doc. no. 121), the parties' respective lead counsel - or if Plaintiff is unrepresented, Plaintiff and lead counsel for the Defendant(s) - shall meet and confer, in person or telephonically, and prepare and file a joint consolidated proposed pretrial order **within fourteen (14) days after the conclusion of the settlement conference.**

**ORDER ENTERED** at Augusta, Georgia, this 5th day of December, 2016.

UNITED STATES DISTRICT JUDGE