# United States District Court
## *Southern District of Georgia*

Teri Lynn Hinkle
_____
Plaintiff

v. Midland Credit Management Inc., et al.
_____
Defendant

Case No. 3:13-cv-00033-DHB-BKE

Appearing on behalf of: _____
Defendants
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, __Chase Espy__ hereby requests permission to appear pro hac vice in the subject case filed in the __Dublin__ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, __Northern District of Alabama__. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates __Matthew B. Ames__ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __12th__ day of __December__, __2016__.

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, __Matthew B. Ames__, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

This _____ day of _____, _____.

__015898__
Georgia Bar Number

__(404) 261-6020__
Business Telephone

_____
Signature of Local Counsel

Balch & Bingham LLP (Law Firm)
30 Ivan Allen Jr. Blvd, NW, Suite 700 (Business Address)
Atlanta, GA 30308 (City, State, Zip)
_____ (Mailing Address)
mames@balch.com (Email Address)

# United States District Court
## *Southern District of Georgia*

Teri Lynn Hinkle
_____
Plaintiff

v.   Midland Credit Management Inc., et al.
_____
Defendant

Case No.   3:13-cv-00033-DHB-BKE

Appearing on behalf of
Defendants
_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Chase Espy |
| Business Address: | Balch & Bingham LLP |
| | Firm/Business Name |
| | 1901 Sixth Avenue North, Suite 1500 |
| | Street Address |
| | Birmingham   AL   35203 |
| | Street Address (con't)  City  State  Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | (205) 226-3448    N/A |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | cespy@balch.com |

# UNITED STATES DISTRICT COURT
## Northern District of Alabama



**Sharon N. Harris**
Clerk of Court

**Joe Musso**
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **CHASE T. ESPY** was duly admitted to practice in said Court on **APRIL 22, 2014**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on December 8, 2016.

SHARON N. HARRIS, CLERK

By: _____
Angela Day, Deputy Clerk