ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

# United States District Court
## Southern District of Georgia

2016 DEC 14 P 3: 31

CLERK __JBurton__
S. DIST. OF GA.

Teri Lynn Hinkle
_____
Plaintiff

Case No.  3:13-cv-00033-DHB-BKE

v.  Midland Credit Management Inc., et al.
_____
Defendant

Appearing on behalf of
Defendants
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 14th day of Dec., 2016.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Chase Espy

Business Address: Balch & Bingham LLP
Firm/Business Name

1901 Sixth Avenue North, Suite 1500
Street Address

Birmingham    AL    35203
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2    City    State    Zip

(205) 226-3448      N/A
Telephone Number (w/ area code)    Georgia Bar Number

Email Address: cespy@balch.com