ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 DEC 14 P 3:31

CLERK J Burton
S. DIST. OF GA.

# United States District Court
## Southern District of Georgia

Teri Lynn Hinkle

Plaintiff

v.

Midland Credit Management Inc., et al.

Defendant

Case No. 3:13-cv-00033-DHB-BKE

Appearing on behalf of Defendants

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 14th day of Dec., 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Chase Espy |
| Business Address: | Balch & Bingham LLP (Firm/Business Name) |
| | 1901 Sixth Avenue North, Suite 1500 (Street Address) |
| | Birmingham, AL 35203 |
| | Mailing Address (if other than street address) |
| | (205) 226-3448 — Telephone Number |
| | N/A — Georgia Bar Number |
| Email Address: | cespy@balch.com |