# United States District Court
## Southern District of Georgia

ORIGINAL

FILED U.S. DISTRICT COURT AUGUSTA DIV.

2016 DEC 14 P 3:31

CLERK J Burton
S.T. OF GA.

Teri Lynn Hinkle
_____
Plaintiff

v.

Midland Credit Management Inc., et al.
_____
Defendant

Case No. 3:13-cv-00033-DHB-BKE

Appearing on behalf of
Defendants
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 14th day of Dec., 2016.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Jason B. Tompkins

Business Address:   Balch & Bingham LLP
                    Firm/Business Name

1901 Sixth Avenue North, Suite 1500
Street Address

| Birmingham | AL | 35203 |
|---|---|---|
| City | State | Zip |

Street Address (con't)

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |

(205) 226-8743                 N/A
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   jtompkins@balch.com