# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **3:13-cv-00033**  DATE **1/10/2017**

TITLE **Hinkle v. Midland Credit Management Inc. et al**

TIMES **10:00 AM - 2:00 PM**  TOTAL **4 hours**

Honorable: **Brian K. Epps, United States Magistrate Judge**  Courtroom Deputy: **Rebecca Cirillo**

Court Reporter: **FTR**  Interpreter:

| Attorney for Plaintiff | Attorney for Defendant(s) | Attorney for |
|---|---|---|
| Pro se | Chase T. Espy<br>Hugh B. McNatt | |

PROCEEDINGS: **Mediation**  ☑ In Court   ☐ In Chambers

Mediation held. Settlement reached. Settlement documents and motion for dismissal to be filed on or before February 15, 2017.