## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

| | |
|---|---|
| **TERI LYNN HINKLE,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **Civil Action No. 3:13-cv-00033-DHB-BKE** |
| **MIDLAND CREDIT MANAGEMENT,** | ) |
| **INC., MIDLAND FUNDING, LLC, and** | ) |
| | ) |
| **ENCORE CAPITAL GROUP, INC.,** | ) |
| **Defendants.** | ) |

### JOINT MOTION TO DISMISS AND RETAIN ANCILLARY
### JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

Defendants Midland Credit Management, Inc., Midland Funding, LLC, and Encore Capital Group, Inc. (collectively, "Midland"), and Plaintiff Teri Lynn Hinkle hereby jointly and respectfully request that (1) the Court dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), *provided that* (2) the Court retains ancillary jurisdiction solely to enforce  and order specific performance of the Settlement Agreement voluntarily executed by both parties. The Parties state the following in support of this motion:

1.     This case was set for mediation before Judge Epps on January 10, 2017. (Doc. 128).

2.     At the January 10 mediation, the Parties executed an agreement in principle to resolve this matter, with "[s]ettlement documents and [a] motion for dismissal to be filed on or before February 15, 2017." (Doc. 129).

3.      Since the mediation, the Parties have executed a formal Settlement Agreement.

4.      Pursuant to the Settlement Agreement, the Parties jointly and respectfully request that this Court dismiss the Complaint with prejudice pursuant to Rule 41(a)(2), *provided that* the Court retains ancillary jurisdiction over this matter solely to enforce the Settlement Agreement and to order specific performance thereof.[1] A proposed order of dismissal is attached as **Exhibit 1**.

Respectfully submitted this the 14th day of February, 2017.

**Prepared by:**                                        **Agreed:**

*/s/ Matthew B. Ames*                            */s/ Teri Lynn Hinkle*
Matthew B. Ames (GA Bar No. 015898)      Teri Lynn Hinkle
Balch & Bingham  LLP                          322 Bethel Street
30 Ivan Allen Jr. Blvd. NW, Suite 700      Eastman, Georgia 31023
mames@balch.com                              queensongbird@gmail.com

*Attorney for Defendants*                       *Plaintiff (pro se)*

---

[1]*See Am. Disability Ass'n, Inc. v. Chmielarz*, 289 F.3d 1315, 1320 (11th Cir. 2002) ("[I]f the district court either incorporates the terms of a settlement into its final order of dismissal *or* expressly retains jurisdiction to enforce a settlement, it may thereafter enforce the terms of the parties' agreement.") (emphasis in original); *Joe Hand Promotions, Inc. v. Goodfellas of Savannah, LLC*, No. 4:10-CV-051, 2010 WL 1778763, at *1 (S.D. Ga. May 3, 2010) ("[T]he parties are free to settle and thus dismiss their case with prejudice—conditioned upon the Court's retention of settlement-enforcement jurisdiction (and the parties' presentation of a proposed Order to that effect).").

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of February, a copy of the foregoing was served upon the following by causing a copy of the same to be electronically filed with the Clerk of Court using the CM/ECF system and by electronic mail.

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
queensongbird@gmail.com

*/s/ Matthew B. Ames*
Matthew B. Ames
Georgia Bar No. 015898